# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Kevin S Jones                              | Personnel Number..... 00506356          |
| 1055 Memorial Avenue                       | Corrections                             |
| Williamsport PA   17701                    | Pay Period.. 07/02/2017 - 07/15/2017    |
|                                            | Fed Tax Status: Married                 |
|                                            | Fed Tax Allowances: 05   Period: 15/2017|
| B/U:H1     Group:35     Level:KM           |                                         |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 07/28/2017 | 1,720.51 | = | 2,738.60 | + | 0.00 | - | 482.34 | - | 535.75 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 33.28 | 72.00 | 2,396.16 | 34,275.12 |
| Pd-H1 Sick Bereavement | | | | 532.48 |
| Compensatory | | | | 798.72 |
| Combined Leave prschd | 33.28 | 8.00 | 266.24 | 1,863.68 |
| UnSchd Comb Lv <4 | | | | 532.48 |
| Holiday/Comp lieu Holiday | | | | 1,855.92 |
| Clothing Allow-Spec BU | | | | 450.00 |
| Overtime Pay-Time & 1/2 | | | | 8,868.48 |
| Overtime Pay-Double Time | | | | 1,049.44 |
| Walk Time - 1.5 | 49.92 | 0.12 | 5.99 | 429.02 |
| Walk Time - 2.0 | | | | 8.40 |
| Holiday Overtime Pay-50% | | | | 395.52 |
| Holiday Worked 1.5 | | | | 798.72 |
| Travel OT Meal- Flat Rate | | | | 16.00 |
| Shift Diff Pay-ST Prem | 1.25 | 72.00 | 90.00 | 1,290.00 |
| Shift Diff Pay-11/2 NP | 1.73 | 0.12 | 0.21 | 26.91 |
| Shift Diff Pay-Dble NP | | | | 0.30 |
| Shift Diff Pay-1 1/2 Prem | | | | 17.24 |
| Shift Diff Pay-Dble Prem | | | | 20.00 |
| Total Gross | | | 2,758.60 | 53,228.43 |
| Difference prev. Period | | | 20.00- | |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal       Federal | | |
| TX Withholding Tax | 135.15 | 3,623.74 |
| TX EE Social Security Tax | 167.32 | 3,263.09 |
| TX EE Medicare Tax | 39.13 | 763.14 |
| State         Pennsylvania | | |
| TX Withholding Tax | 82.85 | 1,615.28 |
| TX EE Unemployment Tax | 1.92 | 37.26 |
| Local         Clinton Township | | |
| TX Local Services Tax | 2.00 | 30.00 |
| Local         Williamsport | | |
| TX Withholding Tax | 53.97 | 1,052.28 |
| EE Taxes | 482.34 | 10,384.79 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 39.94 | 597.93 |
| Deferred Compensation | 275.86 | 5,238.32 |
| Supplemental Life Ins | 10.19 | 151.67 |
| PSCOA - Union Dues | 38.60 | 577.88 |
| Full Cov Cls AA/Cat 1,6,8 | 171.16 | 3,297.66 |
| Total Deductions | 535.75 | 9,863.46 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,720.51 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 167.32 |
| TX ER Medicare Tax | 39.13 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 300.00 |
| ER Workers Comp Benefit | 103.38 |
| PR HMO Northeast | 483.00 |
| ER-SERS | 1,044.78 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Kevin S Jones                          |Personnel Number..... 00506356          |
|1055 Memorial Avenue                   |Corrections                             |
|Williamsport PA   17701                |Pay Period.. 07/02/2017 - 07/15/2017    |
|                                       |Fed Tax Status:                         |
|                                       |Fed Tax Allowances:    Period: 15/2017  |
|B/U:H1    Group:35   Level:KM          |                                        |
|_____|_____|
| Pay Date        Payment Amount =    Gross    +    Reim.   -    Taxes   -   Deds. |
| 07/28/2017        1,720.51      =  2,738.60  +    0.00    -   482.34   -  535.75 |
|                                                                                  |
|_____|


|Federal Taxable Wages                          Amount                             |
|_____|
|Current Period Results                         2,251.64                           |
|_____|


|Garnishment Type            Beg Balance        Total To Date     Remain Balance   |
|                                                                                  |
|_____|


|Payroll Area     Z1                                                               |
|_____|
```

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
Kevin S Jones                              Personnel Number..... 00506356
1055 Memorial Avenue                       Corrections
Williamsport PA  17701                     Pay Period.. 06/18/2017 - 07/01/2017
                                           Fed Tax Status: Married
                                           Fed Tax Allowances: 05   Period: 14/2017
B/U:H1    Group:35    Level:KM
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 07/14/2017 | 2,067.90 | = | 3,224.09 | + | 0.00 | - | 616.67 | - | 539.52 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 33.28 | 72.00 | 2,396.16 | 32,411.44 |
| Pd-H1 Sick Bereavement | | | | 532.48 |
| Compensatory | 33.28 | 8.00 | 266.24 | 798.72 |
| Combined Leave prschd | | | | 1,597.44 |
| Holiday/Comp lieu Holiday | | | | 1,855.92 |
| Clothing Allow-Spec BU | | | 450.00 | 450.00 |
| Overtime Pay-Time & 1/2 | | | | 8,868.48 |
| Overtime Pay-Double Time | | | | 1,049.44 |
| Walk Time - 1.5 | 49.92 | 0.42 | 20.97 | 423.03 |
| Walk Time - 2.0 | | | | 8.40 |
| Holiday Overtime Pay-50% | | | | 395.52 |
| Holiday Worked 1.5 | | | | 798.72 |
| Travel OT Meal- Flat Rate | | | | 16.00 |
| Shift Diff Pay-ST Prem | 1.25 | 72.00 | 90.00 | 1,220.00 |
| Shift Diff Pay-11/2 NP | 1.73 | 0.42 | 0.72 | 26.70 |
| Shift Diff Pay-Dble NP | | | | 0.30 |
| Shift Diff Pay-1 1/2 Prem | | | | 17.24 |
| Shift Diff Pay-Dble Prem | | | | 20.00 |
| Total Gross | | | 3,224.09 | 50,489.83 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal    Federal | | |
| TX Withholding Tax | 207.41 | 3,488.59 |
| TX EE Social Security Tax | 197.41 | 3,095.77 |
| TX EE Medicare Tax | 46.17 | 724.01 |
| State    Pennsylvania | | |
| TX Withholding Tax | 97.75 | 1,532.43 |
| TX EE Unemployment Tax | 2.25 | 35.34 |
| Local    Clinton Township | | |
| TX Local Services Tax | 2.00 | 28.00 |
| Local    Williamsport | | |
| TX Withholding Tax | 63.68 | 998.31 |
| EE Taxes | 616.67 | 9,902.45 |

| Deductions | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Kevin S Jones                          | Personnel Number..... 00506356         |
| 1055 Memorial Avenue                   | Corrections                            |
| Williamsport PA  17701                 | Pay Period.. 06/18/2017 - 07/01/2017   |
|                                        | Fed Tax Status:                        |
|                                        | Fed Tax Allowances:    Period: 14/2017 |
| B/U:H1    Group:35    Level:KM         |                                        |
```

| Pay Date   | Payment Amount = | Gross    | + | Reim. - | Taxes  - | Deds.  |
|------------|------------------|----------|---|---------|----------|--------|
| 07/14/2017 | 2,067.90       = | 3,224.09 | + | 0.00  - | 616.67 - | 539.52 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,733.36 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|EE PreTx MED Pct              39.94  (handwritten)        557.99      |
|Deferred Compensation        277.41  (handwritten)      4,962.46      |
|Supplemental Life Ins         10.19                       141.48      |
|PSCOA - Union Dues            38.60                       539.28      |
|Full Cov Cls AA/Cat 1,6,8    173.38 -Mana               3,126.50      |

|Total Deductions             539.52                     9,327.71      |
```

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 2,067.90 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 197.41 |
| TX ER Medicare Tax | 46.17 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 350.00 |
| ER Workers Comp Benefit | 121.71 |
| PR HMO Northeast | 483.00 |
| ER-SERS | 1,058.32 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Kevin S Jones                            |Personnel Number..... 00506356            |
|1055 Memorial Avenue                     |Corrections                               |
|Williamsport PA   17701                  |Pay Period.. 06/04/2017 - 06/17/2017      |
|                                         |Fed Tax Status: Married                   |
|                                         |Fed Tax Allowances: 05   Period: 13/2017  |
|B/U:H1     Group:35    Level:KM          |                                          |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 06/30/2017 | 1,740.82 | = | 2,770.48 | + | 0.00 | − | 490.72 | − | 538.94 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 33.28 | 72.00 | 2,396.16 | 30,015.28 |
| Pd-H1 Sick Bereavement | | | | 532.48 |
| Compensatory | | | | 532.48 |
| Combined Leave prschd | | | | 1,597.44 |
| Holiday/Comp lieu Holiday | 33.28 | 8.00 | 266.24 | 1,855.92 |
| Overtime Pay-Time & 1/2 | | | | 8,868.48 |
| Overtime Pay-Double Time | | | | 1,049.44 |
| Walk Time - 1.5 | 49.92 | 0.35 | 17.47 | 402.06 |
| Walk Time - 2.0 | | | | 8.40 |
| Holiday Overtime Pay-50% | | | | 395.52 |
| Holiday Worked 1.5 | | | | 798.72 |
| Travel OT Meal- Flat Rate | | | | 16.00 |
| Shift Diff Pay-ST Prem | 1.25 | 72.00 | 90.00 | 1,130.00 |
| Shift Diff Pay-11/2 NP | 1.73 | 0.35 | 0.61 | 25.98 |
| Shift Diff Pay-Dble NP | | | | 0.30 |
| Shift Diff Pay-1 1/2 Prem | | | | 17.24 |
| Shift Diff Pay-Dble Prem | | | | 20.00 |
| Total Gross | | | 2,770.48 | 47,265.74 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 139.45 | 3,281.18 |
| TX EE Social Security Tax | 169.30 | 2,898.36 |
| TX EE Medicare Tax | 39.59 | 677.84 |
| State            Pennsylvania | | |
| TX Withholding Tax | 83.83 | 1,434.68 |
| TX EE Unemployment Tax | 1.94 | 33.09 |
| Local            Clinton Township | | |
| TX Local Services Tax | 2.00 | 26.00 |
| Local            Williamsport | | |
| TX Withholding Tax | 54.61 | 934.63 |
| EE Taxes | 490.72 | 9,285.78 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 39.94 | 518.05 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| | | |
|---|---|---|
| Deferred Compensation | 277.05 | 4,685.05 |
| Supplemental Life Ins | 10.19 | 131.29 |
| PSCOA - Union Dues | 38.60 | 500.68 |
| Full Cov Cls AA/Cat 1,6,8 | 173.16 | 2,953.12 |
| Total Deductions | 538.94 | 8,788.19 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount | |
|---|---|---|

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 1,740.82 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 169.30 | |
| TX ER Medicare Tax | 39.59 | |
| ER Basic Life | 4.55 | |
| Annuitant Med Hospital | 362.00 | |
| ER Workers Comp Benefit | 111.87 | |
| PR HMO Northeast | 483.00 | |
| ER-SERS | 934.21 | |

| Federal Taxable Wages | Amount | |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Kevin S Jones                              | Personnel Number..... 00506356           |
| 1055 Memorial Avenue                       | Corrections                              |
| Williamsport PA   17701                    | Pay Period.. 06/04/2017 - 06/17/2017     |
|                                            | Fed Tax Status:                          |
|                                            | Fed Tax Allowances:      Period: 13/2017 |
| B/U:H1     Group:35    Level:KM            |                                          |
```

| Pay Date   | Payment Amount | = | Gross    | + | Reim. | - | Taxes  | - | Deds.  |
|------------|---------------|---|----------|---|-------|---|--------|---|--------|
| 06/30/2017 | 1,740.82      | = | 2,770.48 | + | 0.00  | - | 490.72 | - | 538.94 |

| Current Period Results | 2,280.33 |
|---|---|

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
Kevin S Jones                          Personnel Number..... 00506356
1055 Memorial Avenue                   Corrections
Williamsport PA  17701                 Pay Period.. 05/21/2017 - 06/03/2017
                                       Fed Tax Status: Married
                                       Fed Tax Allowances: 05   Period: 12/2017
B/U:H1      Group:35    Level:KM

Pay Date       Payment Amount  =    Gross    +   Reim.   -   Taxes    -   Deds.
06/16/2017        1,814.45     =   2,896.55  +   0.00    -   522.68   -   559.42
```

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 33.28 | 80.00 | 2,662.40 | 27,619.12 |
| Pd-H1 Sick Bereavement | | | | 532.48 |
| Compensatory | | | | 532.48 |
| Combined Leave prschd | | | | 1,597.44 |
| Holiday/Comp lieu Holiday | | | | 1,589.68 |
| Overtime Pay-Time & 1/2 | | | | 8,868.48 |
| Overtime Pay-Double Time | | | | 1,049.44 |
| Walk Time - 1.5 | 49.92 | 0.02 | 1.00 | 384.59 |
| Walk Time - 2.0 | | | | 8.40 |
| Holiday Overtime Pay-50% | 16.64 | 8.00 | 133.12 | 395.52 |
| Holiday Worked 1.5 | | | | 798.72 |
| Travel OT Meal- Flat Rate | | | | 16.00 |
| Shift Diff Pay-ST Prem | 1.25 | 80.00 | 100.00 | 1,040.00 |
| Shift Diff Pay-11/2 NP | 1.73 | 0.02 | 0.03 | 25.37 |
| Shift Diff Pay-Dble NP | | | | 0.30 |
| Shift Diff Pay-1 1/2 Prem | | | | 17.24 |
| Shift Diff Pay-Dble Prem | | | | 20.00 |
| **Total Gross** | | | **2,896.55** | **44,495.26** |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal        Federal | | |
| TX Withholding Tax | 155.29 | 3,141.73 |
| TX EE Social Security Tax | 177.11 | 2,729.06 |
| TX EE Medicare Tax | 41.42 | 638.25 |
| State          Pennsylvania | | |
| TX Withholding Tax | 87.70 | 1,350.85 |
| TX EE Unemployment Tax | 2.03 | 31.15 |
| Local          Clinton Township | | |
| TX Local Services Tax | 2.00 | 24.00 |
| Local          Williamsport | | |
| TX Withholding Tax | 57.13 | 880.02 |
| **EE Taxes** | **522.68** | **8,795.06** |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 39.94 | 478.11 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| | | |
|---|---|---|
| Deferred Compensation | 289.66 | 4,408.00 |
| Supplemental Life Ins | 10.19 | 121.10 |
| PSCOA - Union Dues | 38.60 | 462.08 |
| Full Cov Cls AA/Cat 1,6,8 | 181.03 | 2,779.96 |
| Total Deductions | 559.42 | 8,249.25 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,814.45 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 177.11 |
| TX ER Medicare Tax | 41.42 |
| ER Basic Life | 4.55 |
| Annuitant Med Hospital | 362.00 |
| ER Workers Comp Benefit | 116.96 |
| PR HMO Northeast | 483.00 |
| ER-SERS | 976.72 |

| Federal Taxable Wages | Amount |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Kevin S Jones                           |Personnel Number..... 00506356
|1055 Memorial Avenue                    |Corrections
|Williamsport PA   17701                 |Pay Period.. 05/21/2017 - 06/03/2017
|                                        |Fed Tax Status:
|                                        |Fed Tax Allowances:     Period: 12/2017
|B/U:H1      Group:35    Level:KM        |
|_____|_____
| Pay Date       Payment Amount =    Gross   +    Reim.   -    Taxes   -   Deds.
| 06/16/2017       1,814.45      =  2,896.55 +    0.00    -   522.68   -  559.42
|
|_____
|Current Period Results                 2,385.92
|
|_____
|Garnishment Type           Beg Balance        Total To Date     Remain Balance
|
|
|_____
|Payroll Area      Z1
|
|_____
```