

## Statement of EARNINGS and DEDUCTIONS.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.

Pay Period Beginning Date: 07-08-2017 through Ending Date: 07-21-2017

| LINDA L JONES<br>1055 MEMORIAL AVE<br>WILLIAMSPORT, PA 17701 | | Payee<br>PNC BK NA | Type<br>CHECK DEPOSIT | Account #<br>xxxxxxxxxxxx2798<br>Total Amount | Amount<br>$621.70<br>$621.70 |
|---|---|---|---|---|---|
| **Deposit Date**<br>07-27-2017 | **Advice #**<br>420850405 | | | | |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Single | Hourly | 1 | $0.00 |

Note: State and local W4 information is not available at this time.

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $10.3000 | 79.32 | $817.00 | $11,244.75 | FEDERAL TAX | $64.30 | $970.01 |
| OVERTIME EARN | | | $0.00 | $6.06 | SOCIAL SECURITY | $62.50 | $940.40 |
| DISASTER PAY | | | $0.00 | $82.40 | PENNSYLVANIA | $25.08 | $377.38 |
| OVERTIME/INCT | | | $0.00 | $0.07 | PA LOCAL TAX | $16.34 | $245.86 |
| MYSHARE INCT | | | $0.00 | $260.68 | SUI | $0.57 | $8.59 |
| PTO PAY | | | $0.00 | $698.80 | 401K * | $24.51 | $368.78 |
| | | | | | PA LST | $2.00 | $30.00 |
| PTO AVAILABLE | | 38.94 | | | CHECK DEPOSIT | $621.70 | $9,351.74 |
| SICK AVAILABLE | | 12.74 | | | | | |
| WRKDHRS | | 79.32 | | | | | |
| PERS HRS AVAIL | | 0.01 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | | |
|---|---|---|---|---|---|---|---|
| Current | $817.00 | $168.79 | $26.51 | $621.70 | | Deposit No. | Amt. of Deposit |
| Year to Date | $12,292.76 | $2,542.24 | $398.78 | $9,351.74 | | 420850405 | $621.70 |

Copyright © 2017 Wal-Mart Stores, Inc.




# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.

Pay Period Beginning Date: 06-24-2017 through Ending Date: 07-07-2017

LINDA L JONES
1055 MEMORIAL AVE
WILLIAMSPORT, PA 17701

| Payee | Type | Account # | Amount |
|---|---|---|---|
| PNC BK NA | CHECK DEPOSIT | xxxxxxxxxxxx2798 | $627.79 |
| | | Total Amount | $627.79 |

**Deposit Date** 07-13-2017  **Advice #** 419419803

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Single | Hourly | 1 | $0.00 |

Note: State and local W4 information is not available at this time.

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $10.3000 | 64.17 | $660.95 | $10,427.75 | FEDERAL TAX | $65.57 | $905.71 |
| OVERTIME EARN | | | $0.00 | $6.06 | SOCIAL SECURITY | $63.17 | $877.90 |
| DISASTER PAY | | | $0.00 | $82.40 | PENNSYLVANIA | $25.35 | $352.30 |
| OVERTIME/INCT | | | $0.00 | $0.07 | PA LOCAL TAX | $16.52 | $229.52 |
| MYSHARE INCT | | | $0.00 | $260.68 | SUI | $0.58 | $8.02 |
| PTO PAY | $10.3000 | 16.00 | $164.80 | $698.80 | 401K * | $24.77 | $344.27 |
| | | | | | PA LST | $2.00 | $28.00 |
| PTO AVAILABLE | | 32.23 | | | CHECK DEPOSIT | $627.79 | $8,730.04 |
| SICK AVAILABLE | | 12.74 | | | | | |
| WRKDHRS | | 64.17 | | | | | |
| PERS HRS AVAIL | | 0.01 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | | |
|---|---|---|---|---|---|---|---|
| Current | $825.75 | $171.19 | $26.77 | $627.79 | | Deposit No. | Amt. of Deposit |
| Year to Date | $11,475.76 | $2,373.45 | $372.27 | $8,730.04 | | 419419803 | $627.79 |

Copyright © 2017 Wal-Mart Stores, Inc.

7/9/2017     Online Paystub

# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.

**Pay Period Beginning Date: 05-27-2017 through Ending Date: 06-09-2017**

LINDA L JONES
1055 MEMORIAL AVE
WILLIAMSPORT, PA 17701

| Payee | Type | Account # | Amount |
|---|---|---|---|
| PNC BK NA | CHECK DEPOSIT | xxxxxxxxxxxx2798 | $602.39 |
| | | **Total Amount** | **$602.39** |

**Deposit Date:** 06-15-2017    **Advice #:** 416564435

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Single | Hourly | 1 | $0.00 |

Note: State and local W4 information is not available at this time.

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $10.3000 | 71.63 | $737.79 | $8,948.57 | FEDERAL TAX | $60.27 | $775.66 |
| OVERTIME EARN | | | $0.00 | $6.06 | SOCIAL SECURITY | $60.38 | $752.13 |
| DISASTER PAY | | | $0.00 | $82.40 | PENNSYLVANIA | $24.23 | $301.83 |
| OVERTIME/INCT | | | $0.00 | $0.07 | PA LOCAL TAX | $15.79 | $196.64 |
| MYSHARE INCT | | | $0.00 | $260.68 | SUI | $0.55 | $6.87 |
| PTO PAY | $10.3000 | 5.00 | $51.50 | $534.00 | 401K * | $23.68 | $294.95 |
| | | | | | PA LST | $2.00 | $24.00 |
| PTO AVAILABLE | | 34.73 | | | CHECK DEPOSIT | $602.39 | $7,479.70 |
| SICK AVAILABLE | | 12.74 | | | | | |
| WRKDHRS | | 71.63 | | | | | |
| PERS HRS AVAIL | | 0.01 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | Deposit No. | Amt. of Deposit |
|---|---|---|---|---|---|---|---|
| Current | $789.29 | $161.22 | $25.68 | $602.39 | | | |
| Year to Date | $9,831.78 | $2,033.13 | $318.95 | $7,479.70 | | 416564435 | $602.39 |

**Would you like to receive your W-2 online? Click here for more information.**

# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.

Pay Period Beginning Date: 06-10-2017 through Ending Date: 06-23-2017

LINDA L JONES
1055 MEMORIAL AVE
WILLIAMSPORT, PA 17701

| Payee | Type | Account # | Amount |
|---|---|---|---|
| PNC BK NA | CHECK DEPOSIT | xxxxxxxxxxxx2798 | $622.55 |
|  |  | Total Amount | $622.55 |

Deposit Date: 06-29-2017  
Advice #: 417991117

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Single | Hourly | 1 | $0.00 |

Note: State and local W4 information is not available at this time.

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $10.3000 | 79.44 | $818.23 | $9,766.80 | FEDERAL TAX | $64.48 | $840.14 |
| OVERTIME EARN |  |  | $0.00 | $6.06 | SOCIAL SECURITY | $62.60 | $814.73 |
| DISASTER PAY |  |  | $0.00 | $82.40 | PENNSYLVANIA | $25.12 | $326.95 |
| OVERTIME/INCT |  |  | $0.00 | $0.07 | PA LOCAL TAX | $16.36 | $213.00 |
| MYSHARE INCT |  |  | $0.00 | $260.68 | SUI | $0.57 | $7.44 |
| PTO PAY |  |  | $0.00 | $534.00 | 401K * | $24.55 | $319.50 |
|  |  |  |  |  | PA LST | $2.00 | $26.00 |
| PTO AVAILABLE |  | 41.45 |  |  | CHECK DEPOSIT | $622.55 | $8,102.25 |
| SICK AVAILABLE |  | 12.74 |  |  |  |  |  |
| WRKDHRS |  | 79.44 |  |  |  |  |  |
| PERS HRS AVAIL |  | 0.01 |  |  |  |  |  |

|  | Earnings | Taxes | Deductions | Net Pay |  |  |  |
|---|---|---|---|---|---|---|---|
| Current | $818.23 | $169.13 | $26.55 | $622.55 |  | Deposit No. | Amt. of Deposit |
| Year to Date | $10,650.01 | $2,202.26 | $345.50 | $8,102.25 |  | 417991117 | $622.55 |

**Would you like to receive your W-2 online? Click here for more information.**