## IN THE U.S. BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN S JONES,          :
LINDA L. JONES,          :
                           : CASE NO. 4:17-BK-03221
        JOINT DEBTORS      :

## MOTION BY DEBTORS TO CONVERT CASE UNDER CHAPTER 7 TO CASE UNDER CHAPTER 13

Pursuant to 11 U.S.C. §706(a), the above named Debtors request this Court to convert this case under Chapter 7 to a case under Chapter 13, and as grounds state as follows:

1. Debtors are eligible under Chapter 13 of the Code and desire to convert this case under that Chapter.

2. The case has not been converted under 11 U.S.C. §1112 or §1208 or §1307.

WHEREFORE, the debtors pray for this court to convert this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy Code.

Dated this _2nd_ day of _October_ , 2017.

x _[signature]_
Kevin S. Jones

x _[signature]_
Linda L. Jones

_[signature]_
Scott A. Williams, Esquire
I.D. #07576
57 East Fourth Street, PO Box 3
Williamsport, PA 17703
(570) 323-8568
Attorney for Debtors

# IN THE U.S. BANKRUPTCY COURT

# MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN S JONES,　　　　　　：

LINDA L. JONES,　　　　　　：

　　　　　　　　　　： CASE NO. 4:17-BK-03221

　　JOINT DEBTORS　　　　：

## ORDER

AND NOW, this ____ day of _____, 2017, upon consideration of the debtors' motion filed in accordance with 11 U.S.C. §706(a) seeking to convert this case to a case under Chapter 13 of the Bankruptcy Code, the Court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. §1112 or §1208 or §1307, and it is hereby ORDERED that:

1.　　This Chapter 7 case is converted to a case under Chapter 13.

2.　　The Chapter 7 trustee, within 30 days of the date of this Order shall file:

　　A. An account of all receipts and disbursements made in the Chapter 7 case; and

　　B. A report of the administration of the case pursuant to 11 U.S.C. §704(9).

3.　The Trustee forthwith shall turn over to the debtors all records and property of the estate remaining in the trustee's custody and control.

4.　The trustee or any other party entitled to compensation may within 30 days of the date of this order file an application for compensation and reimbursement of expenses.

5. The debtors, within 15 days of the date of this order, shall file the statements and schedules required by the Bankruptcy Rule 1007(b), if such documents have not already been filed.

6. The debtors, within 15 days from the date of this order, shall file a Chapter 13 plan.

BY THE COURT,

_____ J.