```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                       Case No. 17-03221-JJT
Kevin S. Jones                                               Chapter 7
Linda L. Jones
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0314-4      User: REshelman      Page 1 of 1      Date Rcvd: Oct 12, 2017
                          Form ID: pdf010      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2017.
db/jdb         +Kevin S. Jones,    Linda L. Jones,    1055 Memorial Avenue,    Williamsport, PA 17701-4668

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   Bayview Loan Servicing, LLC ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              John P Neblett (Trustee)    jpn@neblettlaw.com, pa06@ecfcbis.com
              Scott A. Williams   on behalf of Debtor 2 Linda L. Jones scottawilliams@verizon.net
              Scott A. Williams   on behalf of Debtor 1 Kevin S. Jones scottawilliams@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Linda L. Jones aka Linda L. Dade-Jones<br>Kevin S. Jones<br>Debtors<br><br>PNC Bank, National Association<br>Movant<br>vs.<br><br>Linda L. Jones aka Linda L. Dade-Jones<br>Kevin S. Jones<br>Debtors<br><br>JOHN P. NEBLETT<br>Trustee | CHAPTER 7<br><br>NO. 17-03221 JJT<br><br>11 U.S.C. Section 362 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 5836 Windsor Avenue, Philadelphia, PA 19143 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(PJR)

Dated: October 12, 2017