```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 17-03221-JJT
Kevin S. Jones                                                      Chapter 13
Linda L. Jones
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-4          User: REshelman         Page 1 of 1          Date Rcvd: Oct 24, 2017
                              Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2017.
db/jdb         +Kevin S. Jones,   Linda L. Jones,   1055 Memorial Avenue,   Williamsport, PA 17701-4668

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Bayview Loan Servicing, LLC ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Scott A. Williams    on behalf of Debtor 2 Linda L. Jones scottawilliams@verizon.net
              Scott A. Williams    on behalf of Debtor 1 Kevin S. Jones scottawilliams@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE U.S. BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN S JONES,

LINDA L. JONES,

: CASE NO. 4:17-BK-03221

JOINT DEBTORS

ORDER

AND NOW, this 23rd day of October, 2017, upon consideration of the debtors' motion filed in accordance with 11 U.S.C. §706(a) seeking to convert this case to a case under Chapter 13 of the Bankruptcy Code, the Court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. §1112 or §1208 or §1307, and it is hereby ORDERED that:

1. This Chapter 7 case is converted to a case under Chapter 13.

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)

Dated: October 23, 2017