| | | |
|---|---|---|
| Fill in this information to identify your case: | | |
| Debtor 1 | Kevin S. Jones | |
| | First Name / Middle Name / Last Name | |
| Debtor 2 (Spouse if, filing) | Linda L. Jones | |
| | First Name / Middle Name / Last Name | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA, WILKES-BARRE DIVISION | |
| Case number (if known) | 4:17-bk-03221 | ☑ Check if this is an amended filing |

Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| 1055 Memorial Ave<br>Williamsport PA, 17701-4668<br>County : Lycoming<br>Line from *Schedule A/B*: 1.1 | 64,000.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(1) |
| Jeep<br>Grand Cherokee<br>2012<br>53084<br>Line from *Schedule A/B*: 3.1 | $0.00 | ☑ $7,550.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(2) |
| Jeep<br>Grand Cherokee<br>2012<br>53084<br>Line from *Schedule A/B*: 3.1 | $0.00 | ☑ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Chrysler<br>Sebring<br>2010<br>68181<br>Line from *Schedule A/B*: 3.2 | $2,133.00 | ☑ $5,053.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| Toyota Camry 2005 175000<br>Line from Schedule A/B: 3.3 | $0.00 | ■ | $1,367.00 | 11 USC § 522(d)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Living room furniture, appliances, dinette and kitchen furniture<br>Line from Schedule A/B: 6.1 | $2,050.00 | ☐ | | 11 USC § 522(d)(3) |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |
| Cellphones and televisions<br>Line from Schedule A/B: 7.1 | $1,600.00 | ☐ | | 11 USC § 522(d)(3) |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |
| Clothes<br>Line from Schedule A/B: 11.1 | $2,500.00 | ☐ | | 11 USC § 522(d)(3) |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |
| Watch, wedding bank, mother's day ring<br>Line from Schedule A/B: 12.1 | $1,500.00 | ☐ | | 11 USC § 522(d)(4) |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |
| Cat<br>Line from Schedule A/B: 13.1 | $5.00 | ☐ | | 11 USC § 522(d)(5) |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |
| Cash<br>Line from Schedule A/B: 16.1 | $10.00 | ☐ | | 11 USC § 522(d)(5) |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |
| PNC Bank Checking Account XXXXXX2303<br>Line from Schedule A/B: 17.1 | $405.14 | ☐ | | 11 USC § 522(d)(5) |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |
| PNC Bank Account XXXXXX2798<br>Line from Schedule A/B: 17.2 | $203.25 | ☐ | | 11 USC § 522(d)(5) |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |
| Santander Bank<br>Line from Schedule A/B: 17.3 | $1,000.00 | ☐ | | 11 USC § 522(d)(5) |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |
| Santander Bank Account 231372691<br>Line from Schedule A/B: 17.4 | $27.00 | ☐ | | 11 USC § 522(d)(5) |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |
| BB&T Checking Account 4772<br>Line from Schedule A/B: 17.5 | $490.18 | ☐ | | 11 USC § 522(d)(5) |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| **BB&T Account No. 1042**<br>Line from Schedule A/B: 17.6 | $90.98 | ☐<br>■ | _____<br>100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Commonwealth of Pennsylvania**<br>Line from Schedule A/B: 21.1 | Unknown | ☐<br>■ | _____<br>100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(10)(E) |
| **Walmart**<br>Line from Schedule A/B: 21.2 | $1,536.99 | ☐<br>■ | _____<br>100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Judgment entered 12/04/2013, Kevin S. Jones v. Yadira Garcia Padillo. Uncollectible**<br>Line from Schedule A/B: 30.1 | $5.00 | ☐<br>■ | _____<br>100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Security deposits for Philadelpa Properties**<br>Line from Schedule A/B: 35.1 | $2,250.00 | ☐<br>■ | _____<br>100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   ☐ No
   ☐ Yes