Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Kevin | S. | Jones |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | Linda | L. | Jones |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA, WILKES-BARRE DIVISION

Case number (if known): 4:17-bk-03221

☒ Check if this is an amended filing

Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1 Bank of America**
Creditor's Name

4909 Savarese Cir
Tampa, FL 33634-2413
Number, Street, City, State & Zip Code

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred  4/28/06

Describe the property that secures the claim:
5832 Windsor Ave, Philadelphia, PA 19143-5220

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)  Mortgage

Last 4 digits of account number  2130

Amount of claim: $5,417.00
Value of collateral: $57,300.00
Unsecured portion: $0.00

**2.2 Bayview Loan Servicing LLC**
Creditor's Name

PO Box 650091
Dallas, TX 75265-0091
Number, Street, City, State & Zip Code

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Describe the property that secures the claim:
1055 Memorial Ave, Williamsport, PA 17701-4668

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)  First Mortgage

Amount of claim: $73,452.70
Value of collateral: $66,000.00
Unsecured portion: $7,452.70

Official Form 106D           Schedule D: Creditors Who Have Claims Secured by Property           page 1 of 3
Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Case 4:17-bk-03221-JJT    Doc 45    Filed 10/27/17    Entered 10/27/17 09:39:22    Desc
Main Document      Page 1 of 3

Debtor 1  Kevin S. Jones
Debtor 2  Linda L. Jones

Case number (if known) 4:17-bk-03221

Date debt was incurred  4/27/04       Last 4 digits of account number  0799

### 2.3 Ditech
Creditor's Name

PO Box 94710
Palatine, IL 60094-4710
Number, Street, City, State & Zip Code

Who owes the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Describe the property that secures the claim:
5832 Windsor Ave, Philadelphia, PA 19143-5220

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  Mortgage

$49,161.29     $57,300.00     $0.00

Date debt was incurred              Last 4 digits of account number  6876

### 2.4 Pennsylvania State Employees CU
Creditor's Name

PO Box 67013
Harrisburg, PA
17106-7013
Number, Street, City, State & Zip Code

Who owes the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Describe the property that secures the claim:
2012 Jeep Grand Cherokee

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)  Auto loan

$27,350.00     $10,476.00     $16,874.00

Date debt was incurred  8/3/16       Last 4 digits of account number  3601

### 2.5 PNC Bank Mortgage Service
Creditor's Name

PO Box 8703
Dayton, OH 45401-8703
Number, Street, City, State & Zip Code

Who owes the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Describe the property that secures the claim:
5834 Windsor Ave, Philadelphia, PA 19143-5220

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  Mortgage

$67,414.00     $22,200.00     $45,214.00

| Debtor 1 | Kevin S. Jones | | | Case number (if know) | 4:17-bk-03221 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Linda L. Jones | | | | |
| | First Name | Middle Name | Last Name | | |

Date debt was incurred  6/25/14     Last 4 digits of account number  7146

| 2.6 | PNC Bank Mortgage Service | Describe the property that secures the claim: | $68,371.07 | $57,300.00 | $11,071.07 |
|---|---|---|---|---|---|
| | Creditor's Name | 5836 Windsor Ave, Philadelphia, PA 19143-5220 | | | |

PO Box 8703
Dayton, OH 45401-8703
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Mortgage

Date debt was incurred  66/27/14    Last 4 digits of account number  9449

| 2.7 | Service First Federal Credit Union | Describe the property that secures the claim: | $2,920.00 | $5,053.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 2010 Chrysler Sebring Limited 2dr Convertible (3.5L 6cyl 6A) | | | |

1419 Montour Blvd
Danville, PA 17821-9122
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.

Nature of lien. Check all that apply.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Auto Loan

Date debt was incurred  3/9/12     Last 4 digits of account number  7028

Add the dollar value of your entries in Column A on this page. Write that number here:  **$294,086.06**
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:  **$294,086.06**

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.