Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Kevin S. Jones | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Linda L. Jones | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA, WILKES-BARRE DIVISION

Case number (if known)    4:17-bk-03221

☑ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☑ No. Go to Part 2.
   ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **Bank of America** | Last 4 digits of account number   3588 | $10.00 |
| | Nonpriority Creditor's Name | When was the debt incurred?   4/28/06 | |

**4209 Savarese Cir**
**Tampa, FL 33634**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☑ Debtor 1 only        ☐ Contingent
☐ Debtor 2 only        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?
☑ No        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes       ☑ Other. Specify   Loan

Case 4:17-bk-03221-JJT    Doc 46    Filed 10/27/17    Entered 10/27/17 09:41:19    Desc
Main Document    Page 1 of 19

### 4.2 BB&T
**Nonpriority Creditor's Name**

204 Hepburn St
Williamsport, PA 17701-6515
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  9192                         $750.91

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Overdraft

---

### 4.3 Capital One Bank USA NA
**Nonpriority Creditor's Name**

PO Box 30281
Salt Lake City, UT 84130-0281
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  3403                         $2,580.00

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Loan

---

### 4.4 Chase Card
**Nonpriority Creditor's Name**

PO Box 15298
Wilmington, DE 19850-5298
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number                              $10.00

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Card

| Debtor 1 | | | | |
|---|---|---|---|---|
| Debtor 2 | Jones, Kevin S. & Jones, Linda L. | | Case number (if know) | 4:17-bk-03221 |

**4.5** **Citicorp Trust Bank**
Nonpriority Creditor's Name

PO Box 6243
Sioux Falls, SD 57117-6243
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number **0612**    $10.00

When was the debt incurred?  **6/2/04**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Other loan**

---

**4.6** **Citicorp Trust Bank**
Nonpriority Creditor's Name

PO Box 6243
Sioux Falls, SD 57117-6243
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number **XX67**    $10.00

When was the debt incurred?  **06/01/2004**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Other loan**

---

**4.7** **City of Philadelphi**
Nonpriority Creditor's Name
Department of REvenue, Water Revenue Bur
PO Box 41496 Box 41496
Philadelphia, PA 19101-1496
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number **6001**    $653.26

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Water bill for 5836 Windsor Ave, Philadelphia.**

Case 4:17-bk-03221-JJT    Doc 46    Filed 10/27/17    Entered 10/27/17 09:41:19    Desc
Main Document    Page 3 of 19

Debtor 1
Debtor 2  Jones, Kevin S. & Jones, Linda L.    Case number (if know) 4:17-bk-03221

---

**4.8**  **City of Philadelphia**
Nonpriority Creditor's Name
Department of REvenue, Water Revenue Bur
PO Box 41496 Box 41496
Philadelphia, PA 19101-1496
Number Street City State Zip Code

Last 4 digits of account number  2001    $392.35

When was the debt incurred?

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Water bill for 5832 Windsor Drive, Phila

---

**4.9**  **City of Philadelphia**
Nonpriority Creditor's Name
Department of Revenue, Water Revenue Bur
PO Box 41496 Box 41496
Philadelphia, PA 19101-1496
Number Street City State Zip Code

Last 4 digits of account number  4001    $882.36

When was the debt incurred?

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Water bill for 5834 Windsor Drive, Phila.

---

**4.10**  **Comenity Bank/Lane Bryant**
Nonpriority Creditor's Name
PO Box 182789
Columbus, OH 43218-2789
Number Street City State Zip Code

Last 4 digits of account number  3546    $10.00

When was the debt incurred?

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Card

---

| Debtor 1 Debtor 2 | Jones, Kevin S. & Jones, Linda L. | Case number (if know) | 4:17-bk-03221 |

### 4.11 Comenity Capital Bank/GAME STOP
Nonpriority Creditor's Name

PO Box 182120
Columbus, OH 43218-2120
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number **3468** — **$10.00**
When was the debt incurred? **9/4/15**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Other loan**

### 4.12 Credit One Bank
Nonpriority Creditor's Name

PO Box 98872
Las Vegas, NV 89193-8872
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number **8418** — **$363.00**
When was the debt incurred? **06/18/2015**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Purchases of clothing**

### 4.13 Discover Card
Nonpriority Creditor's Name

PO Box 742655
Cincinnati, OH 45274-2655
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number **6671** — **$4,290.93**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

Debtor 1  
Debtor 2 Jones, Kevin S. & Jones, Linda L.    Case number (if know) 4:17-bk-03221

### 4.14 DSNB/Macys
Nonpriority Creditor's Name

Last 4 digits of account number **3558**    **$446.00**

When was the debt incurred? **08/23/2006**

PO Box 8218
Mason, OH 45040-8218
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

### 4.15 Elan
Nonpriority Creditor's Name

Last 4 digits of account number **2441**    **$5,030.06**

When was the debt incurred?

PO Box 790408
Saint Louis, MO 63179-0408
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Other loan**

### 4.16 Fashion Bug
Nonpriority Creditor's Name

Last 4 digits of account number    **$10.00**

When was the debt incurred?

1103 Allen Dr
Milford, OH 45150-8763
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

### 4.17 HSBC Value City
Nonpriority Creditor's Name

4500 S Damen Ave
Chicago, IL 60609-3013
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  _____   $10.00
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit card

### 4.18 Kay Jewelers
Nonpriority Creditor's Name

375 Ghent Rd
Fairlawn, OH 44333-4601
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  5178   $10.00
When was the debt incurred?  12/17/2013

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card

### 4.19 Kay Jewelers
Nonpriority Creditor's Name

375 Ghent Rd
Fairlawn, OH 44333-4601
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  1861   $10.00
When was the debt incurred?  12/23/1996

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card

### 4.20 Keybank NA
Nonpriority Creditor's Name

4910 Tiedeman Rd
Cleveland, OH 44144-2338
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  1839   $10.00
When was the debt incurred?  3/6/03

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Loan

### 4.21 Keybank NA
Nonpriority Creditor's Name

4910 Tiedeman Rd
Brooklyn, OH 44144-2338
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  1839   $10.00
When was the debt incurred?  3/6/03

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Loan

### 4.22 Kohl's Department Store
Nonpriority Creditor's Name

PO Box 2983
Milwaukee, WI 53201-2983
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  0386   $304.61
When was the debt incurred?  10/5/14

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit card

| 4.23 | Lending Club Corp. | Last 4 digits of account number | 7511 | $27,194.68 |

Nonpriority Creditor's Name

71 Stevenson St Ste 300
San Francisco, CA 94105-2985
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Loan

| 4.24 | Lowe's/Synchrony Bank | Last 4 digits of account number | 2152 | $1,387.94 |

Nonpriority Creditor's Name

PO Box 530914
Atlanta, GA 30353-0914
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Parts for rental properties.

| 4.25 | Lowe's/Synchrony Bank | Last 4 digits of account number | 0147 | $9,612.61 |

Nonpriority Creditor's Name

PO Box 530914
Atlanta, GA 30353-0914
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Boiler/parts for rental properties.

Debtor 1
Debtor 2  Jones, Kevin S. & Jones, Linda L.                    Case number (if know) 4:17-bk-03221

### 4.26 Marcus Goldman Sachs
Nonpriority Creditor's Name

PO Box 45400
Salt Lake City, UT 84145-0400
Number Street City State Zip Code

Last 4 digits of account number  9965                 $14,632.96

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Loan

### 4.27 Midland Credit Management Inc.
Nonpriority Creditor's Name

2365 Northside Dr Ste 300
San Diego, CA 92108-2709
Number Street City State Zip Code

Last 4 digits of account number  0635                 $352.28

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Collection of Debt

### 4.28 Midland Funding LLC
Nonpriority Creditor's Name

2365 Northside Dr Ste 300
San Diego, CA 92108-2709
Number Street City State Zip Code

Last 4 digits of account number  6237                 $352.00

When was the debt incurred?  11/27/13

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Debt collection

Case 4:17-bk-03221-JJT  Doc 46  Filed 10/27/17  Entered 10/27/17 09:41:19  Desc
Main Document    Page 10 of 19

| 4.29 | National Recovery Agency | Last 4 digits of account number | 3367 | $50.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? 02/27/2014

2491 Paxton St
Harrisburg, PA 17111-1036
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only   ☐ Contingent
■ Debtor 2 only   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only   ☐ Disputed
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community debt
☐ Student loans

Is the claim subject to offset?
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify  Loan

| 4.30 | Pennsylvania State Employees CU | Last 4 digits of account number | 3601 | $14,358.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? 6/18/15

PO Box 67013
Harrisburg, PA 17106-7013
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only   ☐ Contingent
☐ Debtor 2 only   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only   ☐ Disputed
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community debt
☐ Student loans

Is the claim subject to offset?
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify  Loan

| 4.31 | PNC Bank | Last 4 digits of account number | 5503 | $1,498.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? 9/15/11

PO Box 3180
Pittsburgh, PA 15230-3180
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only   ☐ Contingent
☐ Debtor 2 only   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only   ☐ Disputed
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community debt
☐ Student loans

Is the claim subject to offset?
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify  Loan

| Debtor 1 Debtor 2 | Jones, Kevin S. & Jones, Linda L. | | Case number (if known) | 4:17-bk-03221 |

### 4.32 PSECU
Nonpriority Creditor's Name

PO Box 67013
Harrisburg, PA 17106-7013
Number Street City State Zip Code

Last 4 digits of account number **2676** — **$20,944.00**

When was the debt incurred? **06/17/2010**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Loan**

### 4.33 Sam's Club/GECRB
Nonpriority Creditor's Name

PO Box 530942
Atlanta, GA 30353-0942
Number Street City State Zip Code

Last 4 digits of account number **2160** — **$468.53**

When was the debt incurred?

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit card purchases for food.**

### 4.34 Santander Bank
Nonpriority Creditor's Name

450 Penn St
Reading, PA 19602-1011
Number Street City State Zip Code

Last 4 digits of account number **3949** — **$639.00**

When was the debt incurred? **6/2/10**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit card purchases for clothes and food**

| 4.35 | **Sears Charge Plus** | Last 4 digits of account number | 4458 | $596.38 |

Nonpriority Creditor's Name

PO Box 6275
Sioux Falls, SD 57117-6275
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Card

---

| 4.36 | **Sears Mastecard** | Last 4 digits of account number | 8034 | $2,550.06 |

Nonpriority Creditor's Name

PO Box 6275
Sioux Falls, SD 57117-6275
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Card

---

| 4.37 | **Spirit of America National Bank** | Last 4 digits of account number | 7207 | $10.00 |

Nonpriority Creditor's Name

1103 Allen Dr
Milford, OH 45150-8763
Number Street City State Zip Code

**When was the debt incurred?** 07/15/1994

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Loan

---

### 4.38  Sunoco Citibank CBNA
Nonpriority Creditor's Name

PO Box 6497
Sioux Falls, SD 57117-6497
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  4003                     $10.00
When was the debt incurred?  2/7/96

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Card

### 4.39  Sunoco Citibank CBNA
Nonpriority Creditor's Name

PO Box 6497
Sioux Falls, SD 57117-6497
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  4003                     $10.00
When was the debt incurred?  02/07/1996

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Card

### 4.40  Susquehanna Bancshares
Nonpriority Creditor's Name

24 N Cedar St
Lititz, PA 17543-1514
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  2578                     $10.00
When was the debt incurred?  8/28/03

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Loan

| 4.41 | SYNCB/AMEX | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number  3176 | $10.00 |
| | | When was the debt incurred?  9/10/10 | |

PO Box 965005
Orlando, FL 32896-5005
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Card

---

| 4.42 | SYNCB/Dicks Sporting Goods | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number  0939 | $10.00 |
| | | When was the debt incurred?  4/13/15 | |

PO Box 956005
Orlando, FL 32896-5005
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Card

---

| 4.43 | SYNCB/Home Design HVAC | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number  0541 | $10.00 |
| | | When was the debt incurred?  11/15/13 | |

PO Box 965036
Orlando, FL 32896-5036
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Card

### 4.44 SYNCB/JC Penney's
Nonpriority Creditor's Name

PO Box 960090
Orlando, FL 32896-0090
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number _____    $10.00
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Credit Card

### 4.45 SYNCB/Old Navy
Nonpriority Creditor's Name

PO Box 965005
Orlando, FL 32896-5005
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number  4072    $56.00
When was the debt incurred?  6/3/16

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Credit card purchases for clothes for work

### 4.46 SYNCB/QVC
Nonpriority Creditor's Name

PO Box 965005
Orlando, FL 32896-5005
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number  3125    $10.00
When was the debt incurred?  10/27/2009

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Credit Card

| 4.47 | SYNCB/Sams | Last 4 digits of account number | 4554 | $10.00 |

**Nonpriority Creditor's Name**

PO Box 965005
Orlando, FL 32896-5005
Number Street City State Zip Code

When was the debt incurred? 8/5/04

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card

---

| 4.48 | SYNCB/TJX CO PLCC | Last 4 digits of account number | | $10.00 |

**Nonpriority Creditor's Name**

PO Box 905015
Orlando, FL 32896
Number Street City State Zip Code

When was the debt incurred? 4//2015

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card

---

| 4.49 | SYNCB/Walmart | Last 4 digits of account number | 3472 | $10.00 |

**Nonpriority Creditor's Name**

PO Box 965024
Orlando, FL 32896-5024
Number Street City State Zip Code

When was the debt incurred? 03/19/2010

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card

Debtor 1
Debtor 2  Jones, Kevin S. & Jones, Linda L.                     Case number (if know)  4:17-bk-03221

| 4.50 | SYNCB/Walmart | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number  6006 | $411.00 |
| | | When was the debt incurred?  05/28/2015 | |

PO Box 965024
Orlando, FL 32896-5024
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only      ☐ Contingent
■ Debtor 2 only      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only   ☐ Disputed
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?
■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Purchases of work clothes and food

---

| 4.51 | Trident Asset Management | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number | $39.00 |
| | | When was the debt incurred? | |

5755 N Point Pkwy
Alpharetta, GA 30022-1142
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only      ☐ Contingent
■ Debtor 2 only      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only   ☐ Disputed
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?
■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card

---

| 4.52 | WEBBANK/FINGERHUT | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number  2057 | $10.00 |
| | | When was the debt incurred?  04/07/2012 | |

6250 Ridgewood Rd
Saint Cloud, MN 56303-0820
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only      ☐ Contingent
■ Debtor 2 only      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only   ☐ Disputed
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?
■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card

---

| Debtor 1 | Jones, Kevin S. & Jones, Linda L. | Case number (if know) | 4:17-bk-03221 |
|---|---|---|---|
| Debtor 2 | | | |

| 4.53 | Wells Fargo Home Mortgage | Last 4 digits of account number | 7791 | $10.00 |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | When was the debt incurred? | 07/03/2008 | |

PO Box 10335
Des Moines, IA 50306-0335
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Credit Card**

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Professional Placement Services LLC**
**PO Box 612**
**Milwaukee, WI 53201-0612**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **0386**

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 2 | 6f. | Student loans | 6f. | $ | 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 111,095.92 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **111,095.92** |

Official Form 106 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 19 of 19
Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Case 4:17-bk-03221-JJT    Doc 46    Filed 10/27/17    Entered 10/27/17 09:41:19    Desc
Main Document    Page 19 of 19