# SCOTT A. WILLIAMS
*ATTORNEY AT LAW*
57 E. FOURTH STREET
P.O. BOX 3
WILLIAMSPORT, PENNSYLVANIA 17703-0003

SCOTT A. WILLIAMS
JOHN A. SMAY

AREA CODE (570) 323-8568
FAX. AREA CODE (570) 323-1155
E-MAIL: scottawilliams@verizon.net
scottwilliams7@verizon.net
www.scottalvinwilliams.com

CHARLES SCOTT WILLIAMS
(1906 - 1966)

November 13, 2017

U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

  Re: Kevin and Linda Jones
    Bankruptcy NO. 4-17-03221

Dear Sir or Madam:

  Please change the addresses of the following creditor:

1. Bayview Loan Servicing. Change from 285 Grand Avenue 200, Southlake, TX 76092 to **Bayview Loan Servicing, 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**

Thank you.

Sincerely,

*Scott A. Williams*
Scott A. Williams

SAW/vaf
cc client