UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  KEVIN S. JONES and          :  CHAPTER 13
        LINDA L. JONES              :
            Debtor(s)               :
                                    :
        CHARLES J. DEHART, III      :
        STANDING CHAPTER 13 TRUSTEE :
            Movant                  :
                                    :
            vs.                     :
                                    :
        KEVIN S. JONES and          :
        LINDA L. JONES              :
            Respondent(s)           :  CASE NO.   4-17-bk-03221


<u>OBJECTION TO DEBTORS' EXEMPTIONS</u>

      AND NOW, this   11th   day December, 2017, comes Charles J. DeHart, III,

Standing Chapter 13 Trustee, and objects to the debtors' exemptions for the following reason(s):

      1.   Debtor(s) exemption of 100% of Fair Market Value without proof of the asset's value deprives unsecured claimants of the asset's value to the estate if it was liquidated under Chapter 7 of the Bankruptcy Code.

      WHEREFORE, Trustee requests Your Honorable Court to sustain Trustee's

Objection to Debtors' Exemptions.


      Respectfully submitted,



      /s/Charles J. DeHart, III
      Standing Chapter 13 Trustee
      8125 Adams Drive, Suite A
      Hummelstown, PA   17036
      (717)566-6097

<u>CERTIFICATE OF SERVICE</u>

        AND NOW, this   12th   day December, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Scott Williams, Esquire
57 E. Fourth Street
P.O. Box 3
Williamsport, PA   17703

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee

1