UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: KEVIN S. JONES and | : | CHAPTER 13 |
| LINDA L. JONES | : | |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| | : | |
| vs. | : | |
| | : | |
| KEVIN S. JONES and | : | |
| LINDA L. JONES | : | OBJECTION TO EXEMPTIONS |
| Respondent(s) | : | CASE NO. 4-17-bk-03221-JJT |

ORDER

Upon consideration of the Trustee's Objection to Debtors' Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.