```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                                   Case No. 17-03221-JJT
Kevin S. Jones
Linda L. Jones                                                           Chapter 13
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-4         User: REshelman           Page 1 of 2          Date Rcvd: Dec 13, 2017
                             Form ID: ntcnfhrg         Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2017.
db/jdb         +Kevin S. Jones,    Linda L. Jones,    1055 Memorial Avenue,    Williamsport, PA 17701-4668
4953375        +BB&T,    204 Hepburn Street,    Williamsport, PA 17701-6515
4953373        +Bank of America,    9385 N. 56th Street,    Tampa, FL 33617-5505
4953372         Bank of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
4953374         Bayview Loan Servicing LLC,    PO Box 650091,    Dallas, TX 75265-0091
4953376         Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
4953377         Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
4953378         Citicorp Trust Bank,    PO Box 6243,    Sioux Falls, SD 57117-6243
4958204         City of Philadelphia,    Department of Revenue,    Water Revenue Bureau,    PO Box 41496,
                 Philadelphia, PA 19101-1496
4953379         Comenity Bank/Lane Bryant,    PO Box 182789,    Columbus, OH 43218-2789
4953380         Comenity Capital Bank/GAME STOP,    PO Box 182120,    Columbus, OH 43218-2120
4953384         DSNB/Macys,    PO Box 8218,    Mason, OH 45040-8218
4953382         Discover Card,    PO Box 742655,    Cincinnati, OH 45274-2655
4953386         Fashion Bug,    1103 Allen Dr.,    Milford, OH 45150-8763
4953387         HSBC Value City,    4500 S. Damen Ave.,    Chicago, IL 60609-3013
4953388         JP Morgan Chase,    PO Box 24696,    Columbus, OH 43224-0696
4953394         Marcus Goldman Sachs,    PO Box 45400,    Salt Lake City, UT 84145-0400
4953399         PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
4953400         PNC Bank Mortgage Service,    PO Box 8703,    Dayton, OH 45401-8703
4953407      ++++SERVICE FIRST FEDERAL CREDIT UNION,    1985 MONTOUR BLVD,    DANVILLE PA 17821-8160
              (address filed with court:    Service First Federal Credit Union,    1419 Montour Boulevard,
                 Danville, PA 17821-9122)
4953404         Santander Bank,    450 Penn Street,    Reading, PA 19602-1011
5000116        +Santander Bank, N.A.,    601 Penn St.,    MC: 10-6438-FB7,    Reading, PA 19601-3563
4953405         Sears Charge Plus,    PO Box 6275,    Sioux Falls, SD 57117-6275
4953406         Sears Mastercard,    PO Box 6275,    Sioux Falls, SD 57117-6275
4953408         Spirit of America National Bank,    1103 Allen Drive,    Milford, OH 45150-8763
4953409         Sunoco Citibank CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
4953410        +Susquehanna Bancshares,    PO Box 1847,    Wilson , NC 27894-1847
4998877         THE BANK OF NEW YORK MELLON FKA THE BANK,    Bank of America,    PO BOX 31785,
                 Tampa, FL 33631-3785
4953420        +Trident Asset Management,    PO Box 888424,    Alpharaetta, GA 30356-0424
4953385       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:    Elan,    PO Box 790408,    Saint Louis, MO 63179-0408)
4953422         Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4960072         E-mail/Text: bankruptcy@bbandt.com Dec 13 2017 18:57:48     BB&T,   PO Box 1847,
                 Wilson NC 27894
4956528        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 13 2017 18:58:11
                 Bayview Loan Servicing,    4425 Ponce De Leon Boulevard 5th Floor,
                 Coral Gables, FL 33146-1837
4953381         E-mail/PDF: creditonebknotifications@resurgent.com Dec 13 2017 19:00:14     Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
4990039         E-mail/Text: mrdiscen@discover.com Dec 13 2017 18:57:42     Discover Bank,
                 Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
4953383         E-mail/Text: bankruptcy.bnc@ditech.com Dec 13 2017 18:57:50     Ditech,   PO Box 94710,
                 Palatine, IL 60094-4710
4991848         E-mail/Text: bankruptcy.bnc@ditech.com Dec 13 2017 18:57:50
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
4953389        +E-mail/Text: BKRMailOPS@weltman.com Dec 13 2017 18:57:52     Kay Jewelers,   375 Ghent Road,
                 Fairlawn, OH 44333-4600
4953390         E-mail/Text: key_bankruptcy_ebnc@keybank.com Dec 13 2017 18:58:06     Keybank NA,
                 4910 Tiedeman Road,    Cleveland, OH 44144-2338
4953391         E-mail/Text: bnckohlsnotices@becket-lee.com Dec 13 2017 18:57:44     Kohl's Department Store,
                 PO Box 2983,    Milwaukee, WI 53201-2983
4953392         E-mail/Text: bk@lendingclub.com Dec 13 2017 18:58:11     Lending Club Corp,
                 71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
4953393         E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 19:00:11     Lowe's Synchrony Bank,
                 PO Box 530914,    Atlanta, GA 30353-0914
4953395         E-mail/Text: bankruptcydpt@mcmcg.com Dec 13 2017 18:58:01     Midland Credit Management Inc.,
                 2635 Northside Drive, Suite 300,    San Diego, CA 92108-2709
4953396         E-mail/Text: bankruptcydpt@mcmcg.com Dec 13 2017 18:58:01     Midland Funding LLC.,
                 2635 Northside Drive, Suite 300,    San Diego, CA 92108-2709
4953397         E-mail/Text: Bankruptcies@nragroup.com Dec 13 2017 18:58:21     National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
4954203        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2017 19:09:51
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4953402         E-mail/Text: bankruptcynotices@psecu.com Dec 13 2017 18:58:15     PSECU,   PO Box 67013,
                 Harrisburg, PA 17106-7013
```

```
District/off: 0314-4           User: REshelman            Page 2 of 2                    Date Rcvd: Dec 13, 2017
                               Form ID: ntcnfhrg          Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4953398        E-mail/Text: bankruptcynotices@psecu.com Dec 13 2017 18:58:15
                Pennsylvania State Employees Credit Union,    PO Box 67013,    Harrisburg, PA 17106-7013
4953401        E-mail/Text: admin@paypps.com Dec 13 2017 18:58:17      Professional Placement Services LLC,
                PO Box 612,    Milwaukee, WI 53201-0612
4999699        E-mail/Text: bnc-quantum@quantum3group.com Dec 13 2017 18:57:53
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
4953411        E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 19:00:38      SYNCB/AMEX,    PO Box 965005,
                Orlando, FL 32896-5005
4953412        E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 19:00:23      SYNCB/Dick's Sporting Goods,
                PO Box 956005,    Orlando, FL 32896-5005
4953413        E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 19:00:39      SYNCB/Home Design HVAC,
                PO Box 965036,    Orlando, FL 32896-5036
4953414        E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 19:00:39      SYNCB/JC Penney's,
                PO Box 960090,    Orlando, FL 32896-0090
4953415        E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 19:00:11      SYNCB/Old Navy,    PO Box 965005,
                Orlando, FL 32896-5005
4953416        E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 19:00:11      SYNCB/QVC,    PO Box 965005,
                Orlando, FL 32896-5005
4953417        E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 19:00:11      SYNCB/Sams,    PO Box 965005,
                Orlando, FL 32896-5005
4953418        E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 19:00:23      SYNCB/TJX CO. PLCC,
                PO Box 905015,    Orlando, FL 32896-5005
4953419        E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 19:00:23      SYNCB/WALMART,    PO Box 965024,
                Orlando, FL 32896-5024
4953403        E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 19:00:39      Sam's Club/GECRB,    PO Box 530942,
                Atlanta, GA 30353-0942
4953421        E-mail/Text: bnc-bluestem@quantum3group.com Dec 13 2017 18:58:15       WEBBANK/FINGERHUT,
                6250 Ridgewood Road,    Saint Club, MN 56303-0820
                                                                                              TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                        TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Bayview Loan Servicing, LLC ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York,
               Et.Al pamb@fedphe.com
              Scott A. Williams    on behalf of Debtor 2 Linda L. Jones scottawilliams@verizon.net
              Scott A. Williams    on behalf of Debtor 1 Kevin S. Jones scottawilliams@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Kevin S. Jones<br>Linda L. Jones<br>aka Linda L. Dade−Jones | Chapter 13<br>Case No. 4:17−bk−03221−JJT |
| Debtor(s) | |

# Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **January 5, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street,<br>Williamsport, PA 17701 | Date: January 26, 2018<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 13, 2017 |