United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Kevin S. Jones  
Linda L. Jones  
     Debtors

Case No. 17-03221-JJT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-4    User: REshelman    Page 1 of 1    Date Rcvd: Dec 13, 2017  
Form ID: nthrgreq    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2017.  
db/jdb     +Kevin S. Jones, Linda L. Jones, 1055 Memorial Avenue, Williamsport, PA 17701-4668

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:

     Ann E. Swartz    on behalf of Creditor    Bayview Loan Servicing, LLC ASwartz@mwc-law.com, ecfmail@mwc-law.com  
     Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
     James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
     Jerome B Blank    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York, Et.Al pamb@fedphe.com  
     Scott A. Williams    on behalf of Debtor 2 Linda L. Jones scottawilliams@verizon.net  
     Scott A. Williams    on behalf of Debtor 1 Kevin S. Jones scottawilliams@verizon.net  
     United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                   TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Kevin S. Jones
Linda L. Jones
aka Linda L. Dade−Jones
**Debtor(s)**

Chapter: 13

Case number: 4:17−bk−03221−JJT

Document Number: 60

Matter: Objection to Claim of Exemptions

CHARLES J. DEHART, III
STANDING CHAPTER 13 TRUSTEE
**Movant(s)**

vs.

Kevin S. Jones
Linda L. Jones
aka Linda L. Dade−Jones
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on August 4, 2017.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street, Williamsport, PA 17701** | **Date: January 26, 2018** <br> **Time: 10:00 AM** |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before **January 3, 2018**.

Any objection/response filed will be heard at the above scheduled hearing.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 197 S Main St, Wilkes−Barre, PA 18701 OR <br> 228 Walnut St,Rm320,Harrisburg, PA 17101 <br> 570−831−2500/717−901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 13, 2017 |