LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

KEVIN S. JONES and LINDA L. JONES : CHAPTER __13__

: CASE NO. _4_-_17_-bk-_03221_

Debtor(s)
CHARLES J. DEHART III, STANDING
CHAPTER 13 TRUSTEE : ADVERSARY NO. __-__ ap-_____
(if applicable)

Plaintiff(s)/Movant(s)
vs.
KEVIN S. JONES AND LINDA L. JONES

Nature of Proceeding: Objections to

Chapter 13 Plans

Defendant(s)/Respondent(s) : Document #: _____

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2] of hearing scheduled for January 26, 2018 at 10:00 a.m. in Williamsport.
Reason for the continuance.

Scott A. Williams, attorney for Debtors, will be out of the state on vacation on January 26, 2018, the time scheduled for hearing in Williamsport, Pennsylvania.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 1-4-18            _Scott A. Williams_

Attorney for Debtors
Name: Scott A. Williams, Esquire
Phone Number: 570-323-8568

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | KEVIN S. JONES and<br>LINDA L. JONES,<br>    Debtors<br>CHARLES J. DEHART, III.<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant<br>VS.<br>KEVIN S. JONES AND<br>LINDA L. JONES, | : CHAPTER 13<br>:<br>:<br>:<br>:<br>:<br>: CASE NO: 4-17-bk-03221-JJT<br>:<br>: |
| | Respondents: | |

## CERTIFICATE OF SERVICE

AND NOW, this 4th day of January, 2018, I hereby certify that I have served the within Request to Continue hearing scheduled for January 26, 2018 mailing the same U.S. Mail at Williamsport, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

I further certify that I have obtained concurrence to this request from Agatha McHale, Esquire, attorney for Chapter 13 Trustee.

*Scott A. Williams* (signature)
_____
Scott A. Williams, Esquire
I.D. #07576
Attorney for Debtors
57 East Fourth Street, PO Box 3
Williamsport, PA 17703
(570) 323-8568