18-0058

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Kevin S. Jones<br>Linda L. Jones<br>　　　　　　　　Debtor(s) | Chapter 13 Proceeding<br><br>Case No. 17-03221 JJT |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

　　Kindly enter my appearance on behalf of BAYVIEW LOAN SERVICING, LLC in the above captioned matter.

POWERS KIRN & ASSOCIATES, LLC

By: **/s/ Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090