```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-03221-JJT
Kevin S. Jones                                                      Chapter 13
Linda L. Jones
        Debtors                  **CERTIFICATE OF NOTICE**

District/off: 0314-4      User: REshelman          Page 1 of 1         Date Rcvd: Jan 11, 2018
                          Form ID: pdf010          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2018.
db/jdb        +Kevin S. Jones,    Linda L. Jones,    1055 Memorial Avenue,    Williamsport, PA 17701-4668
              +KEVIN S. JONES,    5832 WINDSOR AVENUE,    PHILADELPHIA, PA 19143-5220
              +LINDA L. JONES,    5832 WINDSOR AVENUE,    PHILADELPHIA, PA 19143-5220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Creditor    Bayview Loan Servicing, LLC ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York,
               Et.Al pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor    DITECH FINANCIAL LLC pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    DITECH FINANCIAL LLC pamb@fedphe.com
              Scott A. Williams    on behalf of Debtor 2 Linda L. Jones scottawilliams@verizon.net
              Scott A. Williams    on behalf of Debtor 1 Kevin S. Jones scottawilliams@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Williamsport)

| | | |
|---|---|---|
| IN RE: | : | |
| KEVIN S. JONES | : | BK. No. 17-bk-03221 JJT |
| LINDA L. JONES | : | |
| A/K/A LINDA DADE-JONES | : | Chapter No. 13 |
| Debtors | : | |
| | : | |
| DITECH FINANCIAL LLC | : | |
| Movant | : | |
| v. | : | 11 U.S.C. §362 |
| KEVIN S. JONES | : | |
| LINDA L. JONES | : | |
| A/K/A LINDA DADE-JONES | : | |
| Respondents | | |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY WITH RESPECT TO 5832 WINDSOR AVENUE, PHILADELPHIA, PA 19143.**

Upon consideration of Motion of **DITECH FINANCIAL LLC** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, **5832 WINDSOR AVENUE, PHILADELPHIA, PA 19143**(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

Dated: January 11, 2018

By the Court,

_John J. Thomas_
John J. Thomas, Bankruptcy Judge     (PR)