Fill in this information to identify your case and this filing:

Debtor 1: Kevin S. Jones
Debtor 2 (Spouse, if filing): Linda L. Jones
United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA, WILKES-BARRE DIVISION
Case number: 4:17-bk-03221

☑ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1

1055 Memorial Ave
Street address, if available, or other description

Williamsport, PA 17701-4668
City   State   ZIP Code

Lycoming
County

What is the property? Check all that apply
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? $87,120.00
Current value of the portion you own? $13,667.30

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee Simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

Official Form 106A/B                     Schedule A/B: Property                     page 1
Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Case 4:17-bk-03221-JJT   Doc 77   Filed 03/20/18   Entered 03/20/18 10:34:12   Desc
Main Document      Page 1 of 11

**1.2 If you own or have more than one, list here:**

5834 Windsor Ave
Street address, if available, or other description

Philadelphia  PA  19143-5220
City  State  ZIP Code

Philadelphia
County

What is the property? Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☒ Investment property
- ☐ Timeshare
- ☐ Other

Who has an interest in the property? Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$22,200.00**

Current value of the portion you own? **$22,200.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee Simple**

☐ Check if this is community property (see instructions)

---

**1.3 If you own or have more than one, list here:**

5836 Windsor Ave
Street address, if available, or other description

Philadelphia  PA  19143-5220
City  State  ZIP Code

Philadelphia
County

What is the property? Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☒ Investment property
- ☐ Timeshare
- ☐ Other

Who has an interest in the property? Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$57,300.00**

Current value of the portion you own? **$57,300.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee Simple**

☐ Check if this is community property (see instructions)

Debtor 1
Debtor 2  Jones, Kevin S. & Jones, Linda L.

Case number *(if known)* 4:17-bk-03221

**1.4** If you own or have more than one, list here:

**What is the property?** Check all that apply

5832 Windsor Ave
Street address, if available, or other description

Philadelphia  PA  19143-5220
City  State  ZIP Code

Philadelphia
County

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☒ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$57,300.00**
Current value of the portion you own? **$2,721.71**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee Simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................=>  **$95,889.01**

**Part 2:  Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

**3.** Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
- ☐ No
- ☒ Yes

**3.1**
Make: **Jeep**
Model: **Grand Cherokee**
Year: **2012**
Approximate mileage: **53084**
Other information:

Who has an interest in the property? Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$10,476.00**
Current value of the portion you own? **$0.00**

**3.2**
Make: **Chrysler**
Model: **Sebring**
Year: **2010**
Approximate mileage: **68181**
Other information:

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? **$5,053.00**
Current value of the portion you own? **$2,133.00**

---

Official Form 106A/B  Schedule A/B: Property  page 3
Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Case 4:17-bk-03221-JJT  Doc 77  Filed 03/20/18  Entered 03/20/18 10:34:12  Desc
Main Document  Page 3 of 11

Debtor 1  
Debtor 2  Jones, Kevin S. & Jones, Linda L.    Case number *(if known)*  4:17-bk-03221

| 3.3 | Make: | Toyota | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|---|

Make: Toyota  
Model: Camry  
Year: 2005  
Approximate mileage: 175000  
Other information:

☒ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another

☐ Check if this is community property *(see instructions)*

Current value of the entire property?  $1,367.00  
Current value of the portion you own?  $0.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**  
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☒ No  
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>  $2,133.00

**Part 3: Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?  
Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**  
   *Examples:* Major appliances, furniture, linens, china, kitchenware  
   ☐ No  
   ☒ Yes. Describe.....  
   | Living room furniture, appliances, dinette and kitchen furniture |   $2,050.00

7. **Electronics**  
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games  
   ☐ No  
   ☒ Yes. Describe.....  
   | Cellphones and televisions |   $1,600.00

8. **Collectibles of value**  
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles  
   ☒ No  
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**  
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments  
   ☒ No  
   ☐ Yes. Describe.....

10. **Firearms**  
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment  
    ☒ No  
    ☐ Yes. Describe.....

11. **Clothes**  
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories  
    ☐ No  
    ☒ Yes. Describe.....

Debtor 1  Jones, Kevin S. & Jones, Linda L.  Case number (if known) 4:17-bk-03221
Debtor 2

| Clothes | $2,500.00 |

**12. Jewelry**
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

| Watch, wedding bank, mother's day ring | $1,500.00 |

**13. Non-farm animals**
Examples: Dogs, cats, birds, horses
☐ No
■ Yes. Describe.....

| Cat | $5.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................  $7,655.00

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes..........................................................

| | Cash | $10.00 |

**17. Deposits of money**
Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes......................

Institution name:

| 17.1. | Checking Account | PNC Bank Checking Account XXXXXX2303 | $405.14 |
| 17.2. | Checking Account | PNC Bank Account XXXXXX2798 | $203.25 |
| 17.3. | Checking Account | Santander Bank | $1,000.00 |
| 17.4. | Checking Account | Santander Bank Account 231372691 | $27.00 |
| 17.5. | Checking Account | BB&T Checking Account 4772 | $490.18 |

| | 17.6. | Savings Account | BB&T Account No. 1042 | $90.98 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ■ No
   ☐ Yes. Give specific information about them....................
            Name of entity:                                % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
            Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| Retirement Account | Commonwealth of Pennsylvania | unknown |
| 401(k) or Similar Plan | Walmart | $1,536.99 |

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ......................    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes............    Institution name and description. Separately file the records of any interests 11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ☐ No
- ■ Yes. Give specific information..

| Judgment entered 12/04/2013, Kevin S. Jones v. Yadira Garcia Padillo. Uncollectible | $5.00 |

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ■ No
- ☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes. Describe each claim..........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
- ☐ No
- ■ Yes. Give specific information..

| Security deposits for Philadelpa Properties | $2,250.00 |

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here....................................................................................................................    **$6,018.54**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes. Go to line 38.

Debtor 1  
Debtor 2    Jones, Kevin S. & Jones, Linda L.            Case number *(if known)* 4:17-bk-03221

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest In That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ■ No
- ☐ Yes. Give specific information.........

**54.** Add the dollar value of all of your entries from Part 7. Write that number here ................................. $0.00

### Part 8: List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. Part 1: Total real estate, line 2 .................................................................................................. | | | $95,889.01 |
| 56. Part 2: Total vehicles, line 5 | $2,133.00 | | |
| 57. Part 3: Total personal and household items, line 15 | $7,655.00 | | |
| 58. Part 4: Total financial assets, line 36 | $6,018.54 | | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. Part 7: Total other property not listed, line 54 | + $0.00 | | |
| 62. Total personal property. Add lines 56 through 61... | $15,806.54 | Copy personal property total | $15,806.54 |
| 63. Total of all property on Schedule A/B. Add line 55 + line 62 | | | $111,695.55 |

Official Form 106A/B           Schedule A/B: Property           page 8
Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Case 4:17-bk-03221-JJT    Doc 77    Filed 03/20/18    Entered 03/20/18 10:34:12    Desc
Main Document    Page 8 of 11

Fill in this information to identify your case:

Debtor 1: Kevin S. Jones
First Name / Middle Name / Last Name

Debtor 2: Linda L. Jones
(Spouse if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA, WILKES-BARRE DIVISION

Case number (if known): 4:17-bk-03221

■ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt  4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1: Identify the Property You Claim as Exempt**

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| 1055 Memorial Ave<br>Williamsport PA, 17701-4668<br>County : Lycoming<br>Line from *Schedule A/B*: 1.1 | $13,667.30 | ■ $13,667.30<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(1) |
| Jeep<br>Grand Cherokee<br>2012<br>53084<br>Line from *Schedule A/B*: 3.1 | $0.00 | ■ $7,550.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(2) |
| Jeep<br>Grand Cherokee<br>2012<br>53084<br>Line from *Schedule A/B*: 3.1 | $0.00 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Chrysler<br>Sebring<br>2010<br>68181<br>Line from *Schedule A/B*: 3.2 | $2,133.00 | ■ $5,053.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Toyota<br>Camry<br>2005<br>175000<br>Line from Schedule A/B: 3.3 | $0.00 | ■ $1,367.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Living room furniture, appliances, dinette and kitchen furniture<br>Line from Schedule A/B: 6.1 | $2,050.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Cellphones and televisions<br>Line from Schedule A/B: 7.1 | $1,600.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Clothes<br>Line from Schedule A/B: 11.1 | $2,500.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Watch, wedding bank, mother's day ring<br>Line from Schedule A/B: 12.1 | $1,500.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(4) |
| Cat<br>Line from Schedule A/B: 13.1 | $5.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Cash<br>Line from Schedule A/B: 16.1 | $10.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| PNC Bank Checking Account XXXXXX2303<br>Line from Schedule A/B: 17.1 | $405.14 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| PNC Bank Account XXXXXX2798<br>Line from Schedule A/B: 17.2 | $203.25 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Santander Bank<br>Line from Schedule A/B: 17.3 | $1,000.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Santander Bank Account 231372691<br>Line from Schedule A/B: 17.4 | $27.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| BB&T Checking Account 4772<br>Line from Schedule A/B: 17.5 | $490.18 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | | Specific laws that allow exemption |
|---|---|---|---|---|
| **BB&T Account No. 1042**<br>Line from Schedule A/B: 17.6 | $90.98 | ☐ <br>■ | 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Commonwealth of Pennsylvania**<br>Line from Schedule A/B: 21.1 | Unknown | ☐ <br>■ | 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(10)(E) |
| **Walmart**<br>Line from Schedule A/B: 21.2 | $1,536.99 | ☐ <br>■ | 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Judgment entered 12/04/2013, Kevin S. Jones v. Yadira Garcia Padillo. Uncollectible**<br>Line from Schedule A/B: 30.1 | $5.00 | ☐ <br>■ | 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Security deposits for Philadelpa Properties**<br>Line from Schedule A/B: 35.1 | $2,250.00 | ☐ <br>■ | 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   
       ☐ No
   
       ☐ Yes

Official Form 106C      Schedule C: The Property You Claim as Exempt      page 3 of 4
Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Case 4:17-bk-03221-JJT    Doc 77    Filed 03/20/18    Entered 03/20/18 10:34:12    Desc
Main Document      Page 11 of 11