# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Kevin S Jones | Personnel Number..... 00506356 |
|---|---|
| 1055 Memorial Avenue | Corrections |
| Williamsport PA 17701 | Pay Period.. 09/10/2017 - 09/23/2017 |
| | Fed Tax Status: Married |
| | Fed Tax Allowances: 05   Period: 20/2017 |
| B/U:H1   Group:35   Level:KM | |

| Pay Date | Payment Amount = | Gross + | Reim. - | Taxes - | Deds. |
|---|---|---|---|---|---|
| 10/06/2017 | 1,851.29 = | 2,959.60 + | 0.00 - | 538.64 - | 569.67 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 33.28 | 72.00 | 2,396.16 | 45,457.20 |
| Pd-H1 Sick Bereavement | | | | 532.48 |
| Compensatory | 33.28 | 8.00 | 266.24 | 1,064.96 |
| Combined Leave prschd | | | | 3,194.88 |
| UnSchd Comb Lv <4 | | | | 532.48 |
| Holiday/Comp lieu Holiday | | | | 2,388.40 |
| Clothing Allow-Spec BU | | | | 450.00 |
| Overtime Pay-Time & 1/2 | 49.92 | 4.00 | 199.68 | 10,266.24 |
| Overtime Pay-Double Time | | | | 1,260.44 |
| Walk Time - 1.5 | | | | 440.00 |
| Walk Time - 2.0 | | | | 8.40 |
| Holiday Overtime Pay-50% | | | | 528.64 |
| Holiday Worked 1.5 | | | | 798.72 |
| Travel OT Meal- Flat Rate | | | | 16.00 |
| Shift Diff Pay-ST Prem | 1.25 | 72.00 | 90.00 | 1,710.00 |
| Shift Diff Pay-11/2 NP | | | | 27.28 |
| Shift Diff Pay-Dble NP | | | | 0.30 |
| Shift Diff Pay-1 1/2 Prem | 1.88 | 4.00 | 7.52 | 39.80 |
| Shift Diff Pay-Dble Prem | | | | 27.93 |
| Total Gross | | | 2,959.60 | 68,744.15 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 163.21 | 4,529.96 |
| TX EE Social Security Tax | 181.01 | 4,212.68 |
| TX EE Medicare Tax | 42.33 | 985.22 |
| State          Pennsylvania | | |
| TX Withholding Tax | 89.63 | 2,085.49 |
| TX EE Unemployment Tax | 2.07 | 48.12 |
| Local          Clinton Township | | |
| TX Local Services Tax | 2.00 | 40.00 |
| Local          Williamsport | | |
| TX Withholding Tax | 58.39 | 1,358.60 |
| EE Taxes | 538.64 | 13,260.07 |

| Deductions | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| | | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 39.94 | 797.63 |
| Deferred Compensation | 295.96 | 6,789.90 |
| Supplemental Life Ins | 10.19 | 202.62 |
| PSCOA - Union Dues | 38.60 | 770.88 |
| Full Cov Cls AA/Cat 1,6,8 | 184.98 | 4,267.40 |
| Total Deductions | 569.67 | 12,828.43 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount | |
|---|---|---|
| | | |

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 1,851.29 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 181.01 | |
| TX ER Medicare Tax | 42.33 | |
| ER Basic Life | 4.16 | |
| Annuitant Med Hospital | 300.00 | |
| ER Workers Comp Benefit | 111.73 | |
| PR HMO Northeast | 483.00 | |
| ER-SERS | 1,129.09 | |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Kevin S Jones                          |Personnel Number..... 00506356          |
|1055 Memorial Avenue                   |Corrections                             |
|Williamsport PA  17701                 |Pay Period.. 09/10/2017 - 09/23/2017    |
|                                       |Fed Tax Status:                         |
|                                       |Fed Tax Allowances:      Period: 20/2017|
|B/U:H1    Group:35    Level:KM         |                                        |
|                                       |                                        |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|----------|------------------|-------|---|-------|---|-------|---|-------|
| 10/06/2017 | 1,851.29 | 2,959.60 | + | 0.00 | - | 538.64 | - | 569.67 |

| Federal Taxable Wages | Amount |
|-----------------------|--------|
| Current Period Results | 2,438.72 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|------------------|-------------|---------------|----------------|
| | | | |

| Payroll Area | Z1 |
|--------------|-----|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Kevin S Jones | |
|---|---|
| 1055 Memorial Avenue | Personnel Number..... 00506356 |
| Williamsport PA  17701 | Corrections |
| | Pay Period.. 09/24/2017 - 10/07/2017 |
| | Fed Tax Status: Married |
| | Fed Tax Allowances: 05   Period: 21/2017 |
| B/U:H1    Group:35    Level:KM | |

| Pay Date | Payment Amount = | Gross + | Reim. - | Taxes - | Deds. |
|---|---|---|---|---|---|
| 10/20/2017 | 1,717.73 = | 2,732.40 + | 0.00 - | 480.93 - | 533.74 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 33.28 | 64.00 | 2,129.92 | 47,320.88 |
| Pd-H1 Sick Bereavement | | | | 532.48 |
| Compensatory | | | | 1,064.96 |
| Combined Leave prschd | 33.28 | 8.00 | 266.24 | 3,461.12 |
| UnSchd Comb Lv <4 | 33.28 | 8.00 | 266.24 | 1,064.96 |
| Holiday/Comp lieu Holiday | | | | 2,388.40 |
| Clothing Allow-Spec BU | | | | 450.00 |
| Overtime Pay-Time & 1/2 | | | | 10,266.24 |
| Overtime Pay-Double Time | | | | 1,260.44 |
| Walk Time - 1.5 | | | | 440.00 |
| Walk Time - 2.0 | | | | 8.40 |
| Holiday Overtime Pay-50% | | | | 528.64 |
| Holiday Worked 1.5 | | | | 798.72 |
| Travel OT Meal- Flat Rate | | | | 16.00 |
| Shift Diff Pay-ST Prem | 1.25 | 64.00 | 80.00 | 1,780.00 |
| Shift Diff Pay-11/2 NP | | | | 27.28 |
| Shift Diff Pay-Dble NP | | | | 0.30 |
| Shift Diff Pay-1 1/2 Prem | | | | 39.80 |
| Shift Diff Pay-Dble Prem | | | | 27.93 |
| Total Gross | | | 2,742.40 | 71,476.55 |
| Difference prev. Period | | | 10.00- | |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 134.52 | 4,664.48 |
| TX EE Social Security Tax | 166.94 | 4,379.62 |
| TX EE Medicare Tax | 39.05 | 1,024.27 |
| State          Pennsylvania | | |
| TX Withholding Tax | 82.66 | 2,168.15 |
| TX EE Unemployment Tax | 1.91 | 50.03 |
| Local          Clinton Township | | |
| TX Local Services Tax | 2.00 | 42.00 |
| Local          Williamsport | | |
| TX Withholding Tax | 53.85 | 1,412.45 |
| EE Taxes | 480.93 | 13,741.00 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 39.94 | 837.57 |
| Deferred Compensation | 274.24 | 7,064.14 |
| Supplemental Life Ins | 10.19 | 212.81 |
| PSCOA - Union Dues | 38.60 | 809.48 |
| Full Cov Cls AA/Cat 1,6,8 | 170.77 | 4,438.17 |
| Total Deductions | 533.74 | 13,362.17 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,717.73 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 166.94 |
| TX ER Medicare Tax | 39.05 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 300.00 |
| ER Workers Comp Benefit | 103.15 |
| PR HMO Northeast | 483.00 |
| ER-SERS | 1,042.41 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Kevin S Jones | Personnel Number..... 00506356 |
|---|---|
| 1055 Memorial Avenue | Corrections |
| Williamsport PA 17701 | Pay Period.. 09/24/2017 - 10/07/2017 |
| | Fed Tax Status: |
| | Fed Tax Allowances:      Period: 21/2017 |
| B/U:H1    Group:35    Level:KM | |

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 10/20/2017 | 1,717.73 = | 2,732.40 | + | 0.00 | - | 480.93 | - | 533.74 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,247.45 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area    Z1 |
|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Kevin S Jones | Personnel Number..... 00506356 |
|---|---|
| 1055 Memorial Avenue | Corrections |
| Williamsport PA 17701 | Pay Period.. 10/08/2017 - 10/21/2017 |
| | Fed Tax Status: Married |
| | Fed Tax Allowances: 05    Period: 22/2017 |
| B/U:H1    Group:35    Level:KM | |

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 11/03/2017 | 1,814.35  = | 2,896.36 | + | 0.00 | - | 522.62 | - | 559.39 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 33.28 | 72.00 | 2,396.16 | 49,717.04 |
| Pd-H1 Sick Bereavement | | | | 532.48 |
| Compensatory | | | | 1,064.96 |
| Combined Leave prschd | | | | 3,461.12 |
| UnSchd Comb Lv <4 | | | | 1,064.96 |
| Holiday/Comp lieu Holiday | 33.28 | 8.00 | 266.24 | 2,654.64 |
| Clothing Allow-Spec BU | | | | 450.00 |
| Overtime Pay-Time & 1/2 | | | | 10,266.24 |
| Overtime Pay-Double Time | | | | 1,260.44 |
| Walk Time - 1.5 | 49.92 | 0.21 | 10.48 | 450.48 |
| Walk Time - 2.0 | | | | 8.40 |
| Holiday Overtime Pay-50% | 16.64 | 8.00 | 133.12 | 661.76 |
| Holiday Worked 1.5 | | | | 798.72 |
| Travel OT Meal- Flat Rate | | | | 16.00 |
| Shift Diff Pay-ST Prem | 1.25 | 72.00 | 90.00 | 1,870.00 |
| Shift Diff Pay-11/2 NP | 1.73 | 0.21 | 0.36 | 27.64 |
| Shift Diff Pay-Dble NP | | | | 0.30 |
| Shift Diff Pay-1 1/2 Prem | | | | 39.80 |
| Shift Diff Pay-Dble Prem | | | | 27.93 |
| Total Gross | | | 2,896.36 | 74,372.91 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 155.27 | 4,819.75 |
| TX EE Social Security Tax | 177.09 | 4,556.71 |
| TX EE Medicare Tax | 41.41 | 1,065.68 |
| State          Pennsylvania | | |
| TX Withholding Tax | 87.69 | 2,255.84 |
| TX EE Unemployment Tax | 2.03 | 52.06 |
| Local          Clinton Township | | |
| TX Local Services Tax | 2.00 | 44.00 |
| Local          Williamsport | | |
| TX Withholding Tax | 57.13 | 1,469.58 |
| EE Taxes | 522.62 | 14,263.62 |

| Deductions | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| | | |
|---|---|---|
| EE PreTx MED Pct | 39.94 | 877.51 |
| Deferred Compensation | 289.64 | 7,353.78 |
| Supplemental Life Ins | 10.19 | 223.00 |
| PSCOA - Union Dues | 38.60 | 848.08 |
| Full Cov Cls AA/Cat 1,6,8 | 181.02 | 4,619.19 |
| Total Deductions | 559.39 | 13,921.56 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,814.35 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 177.09 |
| TX ER Medicare Tax | 41.41 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 300.00 |
| ER Workers Comp Benefit | 109.34 |
| PR HMO Northeast | 483.00 |
| ER-SERS | 1,104.96 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
| Kevin S Jones                          | Personnel Number..... 00506356           |
| 1055 Memorial Avenue                   | Corrections                              |
| Williamsport PA  17701                 | Pay Period.. 10/08/2017 - 10/21/2017     |
|                                        | Fed Tax Status:                          |
|                                        | Fed Tax Allowances:       Period: 22/2017|
| B/U:H1    Group:35   Level:KM          |                                          |
```

| Pay Date | Payment Amount = | Gross | + | Reim. - | Taxes - | Deds. |
|----------|-----------------|-------|---|---------|---------|-------|
| 11/03/2017 | 1,814.35 = | 2,896.36 | + | 0.00 - | 522.62 - | 559.39 |

| Federal Taxable Wages | Amount |
|-----------------------|--------|
| Current Period Results | 2,385.76 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|------------------|-------------|---------------|----------------|

| Payroll Area | Z1 |
|--------------|----|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Kevin S Jones | Personnel Number..... 00506356 |
|---|---|
| 1055 Memorial Avenue | Corrections |
| Williamsport PA  17701 | Pay Period.. 10/22/2017 - 11/04/2017 |
| | Fed Tax Status: Married |
| | Fed Tax Allowances: 05   Period: 23/2017 |
| B/U:H1    Group:35    Level:KN | |

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 11/17/2017 | 1,909.31 = | 3,041.32 | + | 0.00 | - | 561.31 | - | 570.70 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 34.23 | 72.00 | 2,464.56 | 52,352.96 |
| Pd-H1 Sick Bereavement | | | | 532.48 |
| Compensatory | 34.23 | 8.00 | 273.84 | 1,341.12 |
| Combined Leave prschd | | | | 3,470.40 |
| UnSchd Comb Lv <4 | | | | 1,069.60 |
| Holiday/Comp lieu Holiday | | | | 2,662.24 |
| Clothing Allow-Spec BU | | | | 450.00 |
| Overtime Pay-Time & 1/2 | | | | 10,268.00 |
| Overtime Pay-Double Time | | | | 1,260.44 |
| Walk Time - 1.5 | 51.35 | 0.20 | 10.27 | 461.06 |
| Walk Time - 2.0 | | | | 8.40 |
| Holiday Overtime Pay-50% | | | | 666.80 |
| Holiday Worked 1.5 | | | | 798.72 |
| Travel OT Meal- Flat Rate | | | | 16.00 |
| Shift Diff Pay-ST Prem | 1.25 | 72.00 | 90.00 | 1,960.00 |
| Shift Diff Pay-11/2 NP | 1.73 | 0.20 | 0.34 | 27.98 |
| Shift Diff Pay-Dble NP | | | | 0.30 |
| Shift Diff Pay-1 1/2 Prem | | | | 39.80 |
| Shift Diff Pay-Dble Prem | | | | 27.93 |
| Total Gross | | | 2,839.01 | 77,414.23 |
| Difference prev. Period | | | 202.31 | |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 175.91 | 4,995.66 |
| TX EE Social Security Tax | 185.84 | 4,742.55 |
| TX EE Medicare Tax | 43.46 | 1,109.14 |
| State          Pennsylvania | | |
| TX Withholding Tax | 92.02 | 2,347.86 |
| TX EE Unemployment Tax | 2.13 | 54.19 |
| Local          Clinton Township | | |
| TX Local Services Tax | 2.00 | 46.00 |
| Local          Williamsport | | |
| TX Withholding Tax | 59.95 | 1,529.53 |
| EE Taxes | 561.31 | 14,824.93 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 43.98 | 921.49 |
| Deferred Compensation | 283.90 | 7,637.68 |
| Supplemental Life Ins | 10.19 | 233.19 |
| PSCOA - Union Dues | 42.54 | 890.62 |
| Full Cov Cls AA/Cat 1,6,8 | 190.09 | 4,809.28 |
| Total Deductions | 570.70 | 14,492.26 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,909.31 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 185.84 |
| TX ER Medicare Tax | 43.46 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 300.00 |
| ER Workers Comp Benefit | 114.81 |
| PR HMO Northeast | 483.00 |
| ER-SERS | 1,160.25 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Kevin S Jones                         |Personnel Number..... 00506356           |
|1055 Memorial Avenue                  |Corrections                              |
|Williamsport PA  17701                |Pay Period.. 10/22/2017 - 11/04/2017     |
|                                      |Fed Tax Status:                          |
|                                      |Fed Tax Allowances:       Period: 23/2017|
|B/U:H1    Group:35   Level:KN         |                                         |
|_____|_____|
```

```
| Pay Date      Payment Amount =    Gross   +    Reim.  -    Taxes   -    Deds. |
| 11/17/2017     1,909.31       =  3,041.32 +    0.00   -   561.31   -   570.70 |
|                                                                              |
|_____|
```

```
|Federal Taxable Wages                     Amount                              |
|                                                                              |
|Current Period Results                    2,523.35                            |
|_____|
```

```
|Garnishment Type          Beg Balance        Total To Date     Remain Balance |
|                                                                              |
|_____|
```

```
|Payroll Area      Z1                                                          |
|_____|
```

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Kevin S Jones | Personnel Number..... 00506356 |
|---|---|
| 1055 Memorial Avenue | Corrections |
| Williamsport PA  17701 | Pay Period.. 11/19/2017 - 12/02/2017 |
| | Fed Tax Status: Married |
| B/U:H1    Group:35    Level:KN | Fed Tax Allowances: 05    Period: 25/2017 |

| Pay Date | Payment Amount = | Gross + | Reim. - | Taxes - | Deds. |
|---|---|---|---|---|---|
| 12/15/2017 | 1,749.36 = | 2,788.40 + | 0.00 - | 494.94 - | 544.10 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 34.23 | 40.00 | 1,369.20 | 56,460.56 |
| Pd-H1 Sick Bereavement | 34.23 | 32.00 | 1,095.36 | 1,627.84 |
| Compensatory | | | | 1,341.12 |
| Combined Leave prschd | | | | 3,470.40 |
| UnSchd Comb Lv <4 | | | | 1,069.60 |
| Holiday/Comp lieu Holiday | 34.23 | 8.00 | 273.84 | 2,936.08 |
| Clothing Allow-Spec BU | | | | 450.00 |
| Overtime Pay-Time & 1/2 | | | | 10,268.00 |
| Overtime Pay-Double Time | | | | 1,260.44 |
| Walk Time - 1.5 | | | | 470.30 |
| Walk Time - 2.0 | | | | 8.40 |
| Holiday Overtime Pay-50% | | | | 803.76 |
| Holiday Worked 1.5 | | | | 798.72 |
| Travel OT Meal- Flat Rate | | | | 16.00 |
| Shift Diff Pay-ST Prem | 1.25 | 40.00 | 50.00 | 2,110.00 |
| Shift Diff Pay-11/2 NP | | | | 28.29 |
| Shift Diff Pay-Dble NP | | | | 0.30 |
| Shift Diff Pay-1 1/2 Prem | | | | 39.80 |
| Shift Diff Pay-Dble Prem | | | | 27.93 |
| Total Gross | | | 2,788.40 | 83,187.54 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 141.53 | 5,303.41 |
| TX EE Social Security Tax | 170.33 | 5,095.40 |
| TX EE Medicare Tax | 39.84 | 1,191.67 |
| State          Pennsylvania | | |
| TX Withholding Tax | 84.34 | 2,522.58 |
| TX EE Unemployment Tax | 1.95 | 58.23 |
| Local          Clinton Township | | |
| TX Local Services Tax | 2.00 | 50.00 |
| Local          Williamsport | | |
| TX Withholding Tax | 54.95 | 1,643.36 |
| EE Taxes | 494.94 | 15,864.65 |

| Deductions | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| | | |
|---|---|---|
| EE PreTx MED Pct | 41.08 | 1,003.65 |
| Deferred Compensation | 278.84 | 8,215.01 |
| Supplemental Life Ins | 10.19 | 253.57 |
| PSCOA - Union Dues | 39.71 | 970.04 |
| Full Cov Cls AA/Cat 1,6,8 | 174.28 | 5,170.12 |
| | | |
| Total Deductions | 544.10 | 15,612.39 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,749.36 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 170.33 |
| TX ER Medicare Tax | 39.84 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 300.00 |
| ER Workers Comp Benefit | 105.26 |
| PR HMO Northeast | 483.00 |
| ER-SERS | 1,063.77 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Kevin S Jones                    |Personnel Number..... 00506356
|1055 Memorial Avenue             |Corrections
|Williamsport PA  17701           |Pay Period.. 11/19/2017 - 12/02/2017
|                                 |Fed Tax Status:
|                                 |Fed Tax Allowances:      Period: 25/2017
|B/U:H1    Group:35   Level:KN    |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|----------|---------------|---|-------|---|-------|---|-------|---|-------|
| 12/15/2017 | 1,749.36 | = | 2,788.40 | + | 0.00 | - | 494.94 | - | 544.10 |

| Federal Taxable Wages | Amount |
|-----------------------|--------|
| Current Period Results | 2,294.20 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|------------------|-------------|---------------|----------------|
| | | | |

| Payroll Area | Z1 |
|--------------|----|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Kevin S Jones                        |Personnel Number..... 00506356
|1055 Memorial Avenue                 |Corrections
|Williamsport PA  17701               |Pay Period.. 11/05/2017 - 11/18/2017
|                                     |Fed Tax Status: Married
|                                     |Fed Tax Allowances: 05   Period: 24/2017
|B/U:H1    Group:35    Level:KN       |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | – | Taxes | – | Deds. |
|---|---|---|---|---|---|---|---|---|
| 12/01/2017 | 1,864.10 = | 2,984.91 | + | 0.00 | – | 544.78 | – | 576.03 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 34.23 | 80.00 | 2,738.40 | 55,091.36 |
| Pd-H1 Sick Bereavement | | | | 532.48 |
| Compensatory | | | | 1,341.12 |
| Combined Leave prschd | | | | 3,470.40 |
| UnSchd Comb Lv <4 | | | | 1,069.60 |
| Holiday/Comp lieu Holiday | | | | 2,662.24 |
| Clothing Allow-Spec BU | | | | 450.00 |
| Overtime Pay-Time & 1/2 | | | | 10,268.00 |
| Overtime Pay-Double Time | | | | 1,260.44 |
| Walk Time - 1.5 | 51.35 | 0.18 | 9.24 | 470.30 |
| Walk Time - 2.0 | | | | 8.40 |
| Holiday Overtime Pay-50% | 17.12 | 8.00 | 136.96 | 803.76 |
| Holiday Worked 1.5 | | | | 798.72 |
| Travel OT Meal- Flat Rate | | | | 16.00 |
| Shift Diff Pay-ST Prem | 1.25 | 80.00 | 100.00 | 2,060.00 |
| Shift Diff Pay-11/2 NP | 1.73 | 0.18 | 0.31 | 28.29 |
| Shift Diff Pay-Dble NP | | | | 0.30 |
| Shift Diff Pay-1 1/2 Prem | | | | 39.80 |
| Shift Diff Pay-Dble Prem | | | | 27.93 |
| Total Gross | | | 2,984.91 | 80,399.14 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 166.22 | 5,161.88 |
| TX EE Social Security Tax | 182.52 | 4,925.07 |
| TX EE Medicare Tax | 42.69 | 1,151.83 |
| State          Pennsylvania | | |
| TX Withholding Tax | 90.38 | 2,438.24 |
| TX EE Unemployment Tax | 2.09 | 56.28 |
| Local          Clinton Township | | |
| TX Local Services Tax | 2.00 | 48.00 |
| Local               Williamsport | | |
| TX Withholding Tax | 58.88 | 1,588.41 |
| EE Taxes | 544.78 | 15,369.71 |

| Deductions | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| | | |
|---|---|---|
| EE PreTx MED Pct | 41.08 | 962.57 |
| Deferred Compensation | 298.49 | 7,936.17 |
| Supplemental Life Ins | 10.19 | 243.38 |
| PSCOA - Union Dues | 39.71 | 930.33 |
| Full Cov Cls AA/Cat 1,6,8 | 186.56 | 4,995.84 |
| Total Deductions | 576.03 | 15,068.29 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,864.10 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 182.52 |
| TX ER Medicare Tax | 42.69 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 300.00 |
| ER Workers Comp Benefit | 112.68 |
| PR HMO Northeast | 483.00 |
| ER-SERS | 1,138.74 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Kevin S Jones                         |Personnel Number..... 00506356          |
|1055 Memorial Avenue                  |Corrections                             |
|Williamsport PA  17701                |Pay Period.. 11/05/2017 - 11/18/2017    |
|                                      |Fed Tax Status:                         |
|                                      |Fed Tax Allowances:       Period: 24/2017|
|B/U:H1    Group:35   Level:KN         |                                        |
|_____|_____|
| Pay Date      Payment Amount =    Gross   +    Reim.  -      Taxes   -    Deds. |
| 12/01/2017       1,864.10    =  2,984.91  +    0.00   -    544.78   -   576.03  |
|_____|
```

```
|Federal Taxable Wages                        Amount                             |
|_____|
|Current Period Results                       2,458.78                           |
|_____|
```

```
|Garnishment Type            Beg Balance       Total To Date    Remain Balance    |
|                                                                                 |
|_____|
```

```
|Payroll Area      Z1                                                             |
|_____|
```

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Kevin S Jones                      |Personnel Number..... 00506356
|1055 Memorial Avenue               |Corrections
|Williamsport PA  17701             |Pay Period.. 12/03/2017 - 12/16/2017
|                                   |Fed Tax Status: Married
|                                   |Fed Tax Allowances: 05    Period: 26/2017
|B/U:H1    Group:35   Level:KN      |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|----------|------------------|-------|---|-------|---|-------|---|-------|
| 12/29/2017 | 1,778.29 = | 2,837.95 | + | 0.00 | - | 507.51 | - | 552.15 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|-------------------|------|---------|--------|--------------|
| Normal working hours | 34.23 | 72.00 | 2,464.56 | 58,925.12 |
| Pd-H1 Sick Bereavement | | | | 1,627.84 |
| Compensatory | | | | 1,341.12 |
| Combined Leave prschd | | | | 3,470.40 |
| UnSchd Comb Lv <4 | | | | 1,069.60 |
| Holiday/Comp lieu Holiday | 34.23 | 8.00 | 273.84 | 3,209.92 |
| Clothing Allow-Spec BU | | | | 450.00 |
| Overtime Pay-Time & 1/2 | | | | 10,268.00 |
| Overtime Pay-Double Time | | | | 1,260.44 |
| Walk Time - 1.5 | 51.35 | 0.18 | 9.24 | 479.54 |
| Walk Time - 2.0 | | | | 8.40 |
| Holiday Overtime Pay-50% | | | | 803.76 |
| Holiday Worked 1.5 | | | | 798.72 |
| Travel OT Meal- Flat Rate | | | | 16.00 |
| Shift Diff Pay-ST Prem | 1.25 | 72.00 | 90.00 | 2,200.00 |
| Shift Diff Pay-11/2 NP | 1.73 | 0.18 | 0.31 | 28.60 |
| Shift Diff Pay-Dble NP | | | | 0.30 |
| Shift Diff Pay-1 1/2 Prem | | | | 39.80 |
| Shift Diff Pay-Dble Prem | | | | 27.93 |
| Total Gross | | | 2,837.95 | 86,025.49 |

| Taxes | Amount | Year To Date |
|-------|--------|--------------|
| Federal            Federal | | |
| TX Withholding Tax | 147.76 | 5,451.17 |
| TX EE Social Security Tax | 173.41 | 5,268.81 |
| TX EE Medicare Tax | 40.55 | 1,232.22 |
| State          Pennsylvania | | |
| TX Withholding Tax | 85.86 | 2,608.44 |
| TX EE Unemployment Tax | 1.99 | 60.22 |
| Local          Clinton Township | | |
| TX Local Services Tax | 2.00 | 52.00 |
| Local              Williamsport | | |
| TX Withholding Tax | 55.94 | 1,699.30 |
| EE Taxes | 507.51 | 16,372.16 |

| Deductions | Amount | Year To Date |
|------------|--------|--------------|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| | | |
|---|---|---|
| EE PreTx MED Pct | 41.08 | 1,044.73 |
| Deferred Compensation | 283.80 | 8,498.81 |
| Supplemental Life Ins | 10.19 | 263.76 |
| PSCOA - Union Dues | 39.71 | 1,009.75 |
| Full Cov Cls AA/Cat 1,6,8 | 177.37 | 5,347.49 |
| Total Deductions | 552.15 | 16,164.54 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,778.29 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 173.41 |
| TX ER Medicare Tax | 40.55 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 300.00 |
| ER Workers Comp Benefit | 107.14 |
| PR HMO Northeast | 483.00 |
| ER-SERS | 1,082.68 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Kevin S Jones | Personnel Number..... 00506356 |
| 1055 Memorial Avenue | Corrections |
| Williamsport PA 17701 | Pay Period.. 12/03/2017 - 12/16/2017 |
| | Fed Tax Status: |
| | Fed Tax Allowances:      Period: 26/2017 |
| B/U:H1    Group:35    Level:KN | |

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|----------|------------------|-------|---|-------|---|-------|---|-------|
| 12/29/2017 | 1,778.29 = | 2,837.95 | + | 0.00 | - | 507.51 | - | 552.15 |

| Federal Taxable Wages | Amount |
|-----------------------|--------|
| Current Period Results | 2,335.70 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|------------------|-------------|---------------|----------------|
| | | | |

| Payroll Area    Z1 |
|--------------------|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Kevin S Jones                        |Personnel Number..... 00506356           |
|1055 Memorial Avenue                 |Corrections                              |
|Williamsport PA  17701               |Pay Period.. 12/17/2017 - 12/30/2017     |
|                                     |Fed Tax Status: Married                  |
|                                     |Fed Tax Allowances: 05   Period: 01/2018 |
|B/U:H1    Group:35    Level:KN       |                                         |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|----------|------------------|-------|---|-------|---|-------|---|-------|
| 01/12/2018 | 1,856.10 = | 2,970.67 | + | 0.00 | - | 540.85 | - | 573.72 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|-------------------|------|---------|--------|--------------|
| Normal working hours | 34.23 | 72.00 | 2,464.56 | 2,464.56 |
| Stress Day Leave H1 | 34.23 | 8.00 | 273.84 | 273.84 |
| Walk Time - 1.5 | 51.35 | 0.10 | 5.14 | 5.14 |
| Holiday Overtime Pay-50% | 17.12 | 8.00 | 136.96 | 136.96 |
| Shift Diff Pay-ST Prem | 1.25 | 72.00 | 90.00 | 90.00 |
| Shift Diff Pay-11/2 NP | 1.73 | 0.10 | 0.17 | 0.17 |
| Total Gross | | | 2,970.67 | 2,970.67 |

| Taxes | Amount | Year To Date |
|-------|--------|--------------|
| Federal          Federal | | |
| TX Withholding Tax | 164.43 | 164.43 |
| TX EE Social Security Tax | 181.63 | 181.63 |
| TX EE Medicare Tax | 42.48 | 42.48 |
| State           Pennsylvania | | |
| TX Withholding Tax | 89.94 | 89.94 |
| TX EE Unemployment Tax | 1.78 | 1.78 |
| Local           Clinton Township | | |
| TX Local Services Tax | 2.00 | 2.00 |
| Local           Williamsport | | |
| TX Withholding Tax | 58.59 | 58.59 |
| EE Taxes | 540.85 | 540.85 |

| Deductions | Amount | Year To Date |
|------------|--------|--------------|
| EE PreTx MED Pct | 41.08 | 41.08 |
| Deferred Compensation | 297.07 | 297.07 |
| Supplemental Life Ins | 10.19 | 10.19 |
| PSCOA - Union Dues | 39.71 | 39.71 |
| Full Cov Cls AA/Cat 1,6,8 | 185.67 | 185.67 |
| Total Deductions | 573.72 | 573.72 |

| Non Cash Compensation | Amount | Year To Date |
|-----------------------|--------|--------------|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,856.10 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 181.63 |
| TX ER Medicare Tax | 42.48 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 300.00 |
| ER Workers Comp Benefit | 112.15 |
| PR HMO Northeast | 483.00 |
| ER-SERS | 1,133.31 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,446.85 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Kevin S Jones                      |Personnel Number..... 00506356      |
|1055 Memorial Avenue               |Corrections                         |
|Williamsport PA  17701             |Pay Period.. 12/31/2017 - 01/13/2018|
|                                   |Fed Tax Status: Married             |
|                                   |Fed Tax Allowances: 05   Period: 02/2018|
|B/U:H1    Group:35    Level:KN     |                                    |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|----------|------------------|-------|---|-------|---|-------|---|-------|
| 01/26/2018 | 1,841.30 | = | 2,945.36 | + | 0.00 | - | 534.45 | - | 569.61 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|-------------------|------|---------|--------|--------------|
| Normal working hours | 34.23 | 56.00 | 1,916.88 | 4,381.44 |
| Pd-H1 Sick Bereavement | 34.23 | 16.00 | 547.68 | 273.84 |
| Combined Leave prschd | | | | 273.84 |
| Holiday/Comp lieu Holiday | 34.23 | 8.00 | 273.84 | 273.84 |
| Stress Day Leave H1 | | | | 273.84 |
| Walk Time - 1.5 | | | | 5.14 |
| Holiday Overtime Pay-50% | 17.12 | 8.00 | 136.96 | 273.92 |
| Shift Diff Pay-ST Prem | 1.25 | 56.00 | 70.00 | 160.00 |
| Shift Diff Pay-11/2 NP | | | | 0.17 |
| Total Gross | | | 2,945.36 | 5,916.03 |

| Taxes | Amount | Year To Date |
|-------|--------|--------------|
| Federal          Federal | | |
| TX Withholding Tax | 161.25 | 325.68 |
| TX EE Social Security Tax | 180.07 | 361.70 |
| TX EE Medicare Tax | 42.11 | 84.59 |
| State            Pennsylvania | | |
| TX Withholding Tax | 89.16 | 179.10 |
| TX EE Unemployment Tax | 1.77 | 3.55 |
| Local            Clinton Township | | |
| TX Local Services Tax | 2.00 | 4.00 |
| Local            Williamsport | | |
| TX Withholding Tax | 58.09 | 116.68 |
| EE Taxes | 534.45 | 1,075.30 |

| Deductions | Amount | Year To Date |
|------------|--------|--------------|
| EE PreTx MED Pct | 41.08 | 82.16 |
| Deferred Compensation | 294.54 | 591.61 |
| Supplemental Life Ins | 10.19 | 20.38 |
| PSCOA - Union Dues | 39.71 | 79.42 |
| Full Cov Cls AA/Cat 1,6,8 | 184.09 | 369.76 |
| Total Deductions | 569.61 | 1,143.33 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount | |
|---|---|---|
| | | |

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 1,841.30 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 180.07 | |
| TX ER Medicare Tax | 42.11 | |
| ER Basic Life | 4.16 | |
| Annuitant Med Hospital | 188.00 | |
| ER Workers Comp Benefit | 111.19 | |
| PR HMO Northeast | 483.00 | |
| ER-SERS | 1,123.65 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 2,425.65 | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Kevin S Jones                          |Personnel Number..... 00506356
|1055 Memorial Avenue                   |Corrections
|Williamsport PA  17701                 |Pay Period.. 12/31/2017 - 01/13/2018
|                                       |Fed Tax Status:
|                                       |Fed Tax Allowances:      Period: 02/2018
|B/U:H1    Group:35   Level:KN          |
|                                       |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|----------|------------------|-------|---|-------|---|-------|---|-------|
| 01/26/2018 | 1,841.30 = | 2,945.36 | + | 0.00 | - | 534.45 | - | 569.61 |

```
|Payroll Area      Z1
```

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

Kevin S Jones
1055 Memorial Avenue
Williamsport PA 17701

B/U:H1    Group:35    Level:KN

Personnel Number..... 00506356
Corrections
Pay Period.. 01/14/2018 - 01/27/2018
Fed Tax Status: Married
Fed Tax Allowances: 05    Period: 03/2018

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|----------|------------------|-------|---|-------|---|-------|---|-------|
| 02/09/2018 | 1,772.69 = | 2,828.40 | + | 0.00 | - | 504.81 | - | 550.90 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|-------------------|------|---------|--------|--------------|
| Normal working hours | 34.23 | 72.00 | 2,464.56 | 6,846.00 |
| Pd-H1 Sick Bereavement | | | | 273.84 |
| Combined Leave prschd | | | | 273.84 |
| Holiday/Comp lieu Holiday | 34.23 | 8.00 | 273.84 | 547.68 |
| Stress Day Leave H1 | | | | 273.84 |
| Walk Time - 1.5 | | | | 5.14 |
| Holiday Overtime Pay-50% | | | | 273.92 |
| Shift Diff Pay-ST Prem | 1.25 | 72.00 | 90.00 | 250.00 |
| Shift Diff Pay-11/2 NP | | | | 0.17 |
| Total Gross | | | 2,828.40 | 8,744.43 |

| Taxes | Amount | Year To Date |
|-------|--------|--------------|
| Federal         Federal | | |
| TX Withholding Tax | 146.56 | 472.24 |
| TX EE Social Security Tax | 172.81 | 534.51 |
| TX EE Medicare Tax | 40.42 | 125.01 |
| State           Pennsylvania | | |
| TX Withholding Tax | 85.57 | 264.67 |
| TX EE Unemployment Tax | 1.70 | 5.25 |
| Local           Clinton Township | | |
| TX Local Services Tax | 2.00 | 6.00 |
| Local           Williamsport | | |
| TX Withholding Tax | 55.75 | 172.43 |
| EE Taxes | 504.81 | 1,580.11 |

| Deductions | Amount | Year To Date |
|------------|--------|--------------|
| EE PreTx MED Pct | 41.08 | 123.24 |
| Deferred Compensation | 282.84 | 874.45 |
| Supplemental Life Ins | 10.49 | 30.87 |
| PSCOA - Union Dues | 39.71 | 119.13 |
| Full Cov Cls AA/Cat 1,6,8 | 176.78 | 546.54 |
| Total Deductions | 550.90 | 1,694.23 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount | |
|---|---|---|
| | | |

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 1,772.69 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 172.81 | |
| TX ER Medicare Tax | 40.42 | |
| ER Basic Life | 4.16 | |
| Annuitant Med Hospital | 188.00 | |
| ER Workers Comp Benefit | 106.77 | |
| PR HMO Northeast | 483.00 | |
| ER-SERS | 1,079.03 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 2,327.70 | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Kevin S Jones                          |Personnel Number..... 00506356          |
|1055 Memorial Avenue                   |Corrections                             |
|Williamsport PA  17701                 |Pay Period.. 01/14/2018 - 01/27/2018    |
|                                       |Fed Tax Status:                         |
|                                       |Fed Tax Allowances:       Period: 03/2018|
|B/U:H1    Group:35    Level:KN         |                                        |
|                                       |                                        |
| Pay Date        Payment Amount =    Gross    +    Reim.  -     Taxes   -    Deds. |
| 02/09/2018        1,772.69      =  2,828.40  +    0.00   -    504.81   -   550.90 |
|                                                                                  |
|Payroll Area      Z1                                                              |
|                                                                                  |
```

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| | |
|---|---|
| Kevin S Jones | Personnel Number..... 00506356 |
| 1055 Memorial Avenue | Corrections |
| Williamsport PA 17701 | Pay Period.. 01/28/2018 - 02/10/2018 |
| | Fed Tax Status: Married |
| | Fed Tax Allowances: 05   Period: 04/2018 |
| B/U:H1    Group:35   Level:KN | |

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 02/23/2018 | 1,896.73 | = | 2,917.39 | + | 0.00 | - | 471.46 | - | 549.20 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 34.23 | 56.00 | 1,916.88 | 8,762.88 |
| Pd-H1 Sick Bereavement | 34.23 | 16.00 | 547.68 | 821.52 |
| Combined Leave prschd | 34.23 | 8.00 | 273.84 | 547.68 |
| Holiday/Comp lieu Holiday | | | | 547.68 |
| Stress Day Leave H1 | | | | 273.84 |
| Walk Time - 1.5 | 51.35 | 0.18 | 9.24 | 14.38 |
| Holiday Overtime Pay-50% | | | | 273.92 |
| Shift Diff Pay-ST Prem | 1.25 | 56.00 | 70.00 | 320.00 |
| Shift Diff Pay-11/2 NP | | | | 0.17 |
| Shift Diff Pay-1 1/2 Prem | 1.88 | 0.18 | 0.34 | 0.34 |
| | | | | |
| Total Gross | | | 2,817.98 | 11,562.41 |
| Difference prev. Period | | | 99.41 | |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal         Federal | | |
| TX Withholding Tax | 114.55 | 487.38 |
| TX EE Social Security Tax | 172.17 | 706.68 |
| TX EE Medicare Tax | 40.26 | 165.27 |
| State          Pennsylvania | | |
| TX Withholding Tax | 85.25 | 349.92 |
| TX EE Unemployment Tax | 1.69 | 6.94 |
| Local          Clinton Township | | |
| TX Local Services Tax | 2.00 | 8.00 |
| Local          Williamsport | | |
| TX Withholding Tax | 55.54 | 227.97 |
| | | |
| EE Taxes | 471.46 | 1,952.16 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 41.08 | 164.32 |
| Deferred Compensation | 281.80 | 1,156.25 |
| Supplemental Life Ins | 10.49 | 41.36 |
| PSCOA - Union Dues | 39.71 | 158.84 |
| Full Cov Cls AA/Cat 1,6,8 | 176.12 | 722.66 |
| | | |
| Total Deductions | 549.20 | 2,243.43 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,896.73 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 172.17 |
| TX ER Medicare Tax | 40.26 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 188.00 |
| ER Workers Comp Benefit | 106.38 |
| PR HMO Northeast | 483.00 |
| ER-SERS | 1,075.06 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,318.98 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Kevin S Jones                    |Personnel Number..... 00506356
|1055 Memorial Avenue             |Corrections
|Williamsport PA  17701           |Pay Period.. 01/28/2018 - 02/10/2018
|                                 |Fed Tax Status:
|                                 |Fed Tax Allowances:       Period: 04/2018
|B/U:H1    Group:35   Level:KN    |
|                                 |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|----------|------------------|-------|---|-------|---|-------|---|-------|
| 02/23/2018 | 1,896.73 = | 2,917.39 | + | 0.00 | - | 471.46 | - | 549.20 |

```
|Payroll Area    Z1
|
```

```
Kevin S Jones                      Personnel Number..... 00506356
1055 Memorial Avenue               Corrections
Williamsport PA  17701             Pay Period.. 02/11/2018 - 02/24/2018
                                   Fed Tax Status: Married
                                   Fed Tax Allowances: 05   Period: 06/2018
B/U:H1    Group:35   Level:RN
```

| Pay Date | Payment Amount = | Gross | + | Reim. - | Taxes - | Deds. |
|---|---|---|---|---|---|---|
| 03/09/2018 | 1,891.00  = | 2,971.75 | + | 0.00 - | 506.56 - | 574.19 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | | Year To Date |
|---|---|---|---|---|---|
| Normal working hours | 34.23 | 72.00 | 2,464.56 | | 11,227.44 |
| Pd-H1 Sick Bereavement | | | | | 821.52 |
| Combined Leave prschd | | | | | 547.68 |
| Holiday/Comp lieu Holiday | 34.23 | 8.00 | 273.84 | | 821.52 |
| Stress Day Leave H1 | | | | | 273.84 |
| Walk Time - 1.5 | 51.35 | 0.12 | 6.16 | | 20.54 |
| Holiday Overtime Pay-50% | 17.12 | 8.00 | 136.96 | | 410.88 |
| Shift Diff Pay-ST Prem | 1.25 | 72.00 | 90.00 | | 410.00 |
| Shift Diff Pay-11/2 NP | | | | | 0.17 |
| Shift Diff Pay-1 1/2 Prem | 1.88 | 0.12 | 0.23 | | 0.57 |
| Total Gross | | | 2,971.75 | | 14,534.16 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal             Federal | | |
| TX Withholding Tax | 130.00 | 617.38 |
| TX EE Social Security Tax | 181.70 | 888.38 |
| TX EE Medicare Tax | 42.50 | 207.77 |
| State             Pennsylvania | | |
| TX Withholding Tax | 89.97 | 439.89 |
| TX EE Unemployment Tax | 1.78 | 8.72 |
| Local        Clinton Township | | |
| TX Local Services Tax | 2.00 | 10.00 |
| Local          Williamsport | | |
| TX Withholding Tax | 58.61 | 286.58 |
| EE Taxes | 506.56 | 2,458.72 |

| Deductions | Amount | Year To Date |
|---|---|---|
| ES PreTx MED Pct | 41.08 | 205.40 |
| Deferred Compensation | 297.18 | 1,453.43 |
| Supplemental Life Ins | 10.49 | 51.85 |
| PSCOA - Union Dues | 39.71 | 198.55 |
| Full Cov Cls AA/Cat 1,6,8 | 185.73 | 908.39 |
| Total Deductions | 574.19 | 2,817.62 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,891.00 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 181.70 |
| TX ER Medicare Tax | 42.50 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 188.00 |
| ER Workers Comp Benefit | 112.19 |
| PR BMD Northeast | 483.00 |
| ER-SERS | 1,133.72 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,447.76 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

```
Kevin B Jones                      Personnel Number....: 00506356
1055 Memorial Avenue               Corrections
Williamsport PA  17701             Pay Period..  02/25/2018 - 03/10/2018
                                   Fed Tax Status: Married
                                   Fed Tax Allowances: 05   Period: 06/2018
B/U:H1    Group:35   Level:KN
```

| Pay Date 03/23/2018 | Payment Amount = 1,803.66 | Gross + 2,828.40 | Reim. - 0.00 | Taxes - 473.84 | Deds. - 550.90 |
|---|---|---|---|---|---|

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 34.23 | 72.00 | 2,464.56 | 13,692.00 |
| Pd-H1 Sick Bereavement | | | | 821.52 |
| Combined Leave prschd | | | | 547.68 |
| Holiday/Comp lieu Holiday | 34.23 | 8.00 | 273.84 | 1,095.36 |
| Stress Day Leave H1 | | | | 273.84 |
| Walk Time ~ 1.5 | | | | 20.54 |
| Holiday Overtime Pay-50% | | | | 410.98 |
| Shift Diff Pay-ST Prem | 1.25 | 72.00 | 90.00 | 500.00 |
| Shift Diff Pay-11/2 NP | | | | 0.17 |
| Shift Diff Pay-1 1/2 Prem | | | | 0.57 |
| Total Gross | | | 2,828.40 | 17,362.56 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal            Federal | | |
| TX Withholding Tax | 115.59 | 732.97 |
| TX EE Social Security Tax | 172.82 | 1,061.20 |
| TX EE Medicare Tax | 40.41 | 248.18 |
| State            Pennsylvania | | |
| TX Withholding Tax | 85.57 | 525.46 |
| TX EE Unemployment Tax | 1.70 | 10.42 |
| Local          Clinton Township | | |
| TX Local Services Tax | 2.00 | 12.00 |
| Local          Williamsport | | |
| TX Withholding Tax | 55.75 | 342.33 |
| EE Taxes | 473.84 | 2,932.56 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pot | 41.08 | 246.48 |
| Deferred Compensation | 282.84 | 1,736.27 |
| Supplemental Life Ins | 10.49 | 62.34 |
| FSCOA - Union Dues | 39.71 | 238.26 |
| Full Cov Cls AA/Cat 1,6,8 | 176.78 | 1,085.17 |
| Total Deductions | 550.90 | 3,368.52 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,803.66 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 172.82 |
| TX ER Medicare Tax | 40.41 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 188.00 |
| ER Workers Comp Benefit | 106.77 |
| PR HMO Northeast | 483.00 |
| ER-SERS | 1,079.03 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,327.70 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|