

# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.

**Pay Period Beginning Date: 08-19-2017 through Ending Date: 09-01-2017**

LINDA L JONES
1055 MEMORIAL AVE
WILLIAMSPORT, PA 17701

| Deposit Date | Advice # |
|---|---|
| 09-07-2017 | 425169487 |

| Payee | Type | Account # | Amount |
|---|---|---|---|
| PNC BK NA | CHECK DEPOSIT | xxxxxxxxxxxxx2798 | $717.97 |
| | | **Total Amount** | **$717.97** |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Single | Hourly | 1 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $10.3000 | 72.08 | $742.42 | $13,549.26 | FEDERAL TAX | $84.41 | $1,185.00 |
| OVERTIME EARN | | | $0.00 | $9.15 | SOCIAL SECURITY | $73.08 | $1,139.51 |
| DISASTER PAY | | | $0.00 | $82.40 | PENNSYLVANIA | $29.32 | $457.29 |
| OVERTIME/INCT | | | $0.00 | $0.07 | PA LOCAL TAX | $19.10 | $297.91 |
| MYSHARE INCT | | | $130.39 | $391.07 | SUI | $0.67 | $10.41 |
| PTO PAY | $10.3000 | 8.00 | $82.40 | $863.60 | 401K * | $28.66 | $446.87 |
| | | | | | PA LST | $2.00 | $36.00 |
| PTO AVAILABLE | | 43.23 | | | CHECK DEPOSIT | $717.97 | $11,322.56 |
| SICK AVAILABLE | | 12.74 | | | | | |
| WRKDHRS | | 72.08 | | | | | |
| PERS HRS AVAIL | | 0.01 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | Deposit No. | Amt. of Deposit |
|---|---|---|---|---|---|---|---|
| **Current** | **$955.21** | **$206.58** | **$30.66** | **$717.97** | | | |
| **Year to Date** | **$14,895.55** | **$3,090.12** | **$482.87** | **$11,322.56** | | **425169487** | **$717.97** |

Get paid early with the Even app. Click here to download.

Would you like to receive your W-2 online? Click here for more information.

Copyright © 2018 Wal-Mart Stores, Inc.



# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.

**Pay Period Beginning Date: 09-02-2017 through Ending Date: 09-15-2017**

LINDA L JONES
1055 MEMORIAL AVE
WILLIAMSPORT, PA 17701

**Deposit Date** 09-21-2017
**Advice #** 426625253

| Payee | Type | Account # | Amount |
|---|---|---|---|
| PNC BK NA | CHECK DEPOSIT | xxxxxxxxxxxxx2798 | $565.03 |
| | | **Total Amount** | **$565.03** |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Single | Hourly | 1 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $10.3000 | 71.42 | $735.63 | $14,284.89 | FEDERAL TAX | $52.46 | $1,237.46 |
| OVERTIME EARN | | | $0.00 | $9.15 | SOCIAL SECURITY | $56.27 | $1,195.78 |
| DISASTER PAY | | | $0.00 | $82.40 | PENNSYLVANIA | $22.58 | $479.87 |
| OVERTIME/INCT | | | $0.00 | $0.07 | PA LOCAL TAX | $14.71 | $312.62 |
| MYSHARE INCT | | | $0.00 | $391.07 | SUI | $0.51 | $10.92 |
| PTO PAY | | | $0.00 | $863.60 | 401K * | $22.07 | $468.94 |
| | | | | | PA LST | $2.00 | $38.00 |
| PTO AVAILABLE | | 49.27 | | | CHECK DEPOSIT | $565.03 | $11,887.59 |
| SICK AVAILABLE | | 12.74 | | | | | |
| WRKDHRS | | 71.42 | | | | | |
| PERS HRS AVAIL | | 0.01 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | Deposit No. | Amt. of Deposit |
|---|---|---|---|---|---|---|---|
| Current | $735.63 | $146.53 | $24.07 | $565.03 | | | |
| Year to Date | $15,631.18 | $3,236.65 | $506.94 | $11,887.59 | | 426625253 | $565.03 |

Get paid early with the Even app. Click here to download.

Would you like to receive your W-2 online? Click here for more information.

Copyright © 2018 Wal-Mart Stores, Inc.



# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.

**Pay Period Beginning Date: 09-16-2017 through Ending Date: 09-29-2017**

LINDA L JONES
1055 MEMORIAL AVE
WILLIAMSPORT, PA 17701

**Deposit Date** 10-05-2017 **Advice #** 428057695

| Payee | Type | Account # | Amount |
|---|---|---|---|
| PNC BK NA | CHECK DEPOSIT | xxxxxxxxxxxxx2798 | $627.27 |
| | | **Total Amount** | **$627.27** |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Single | Hourly | 1 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $10.3000 | 79.80 | $821.94 | $15,106.83 | FEDERAL TAX | $65.47 | $1,302.93 |
| OVERTIME EARN | $15.4500 | 0.20 | $3.09 | $12.24 | SOCIAL SECURITY | $63.13 | $1,258.91 |
| DISASTER PAY | | | $0.00 | $82.40 | PENNSYLVANIA | $25.33 | $505.20 |
| OVERTIME/INCT | | | $0.00 | $0.07 | PA LOCAL TAX | $16.50 | $329.12 |
| MYSHARE INCT | | | $0.00 | $391.07 | SUI | $0.58 | $11.50 |
| PTO PAY | | | $0.00 | $863.60 | 401K * | $24.75 | $493.69 |
| | | | | | PA LST | $2.00 | $40.00 |
| PTO AVAILABLE | | 56.04 | | | CHECK DEPOSIT | $627.27 | $12,514.86 |
| SICK AVAILABLE | | 12.74 | | | | | |
| WRKDHRS | | 80.00 | | | | | |
| PERS HRS AVAIL | | 0.01 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | Deposit No. | Amt. of Deposit |
|---|---|---|---|---|---|---|---|
| **Current** | **$825.03** | **$171.01** | **$26.75** | **$627.27** | | | |
| **Year to Date** | **$16,456.21** | **$3,407.66** | **$533.69** | **$12,514.86** | | **428057695** | **$627.27** |

Get paid early with the Even app. Click here to download.
Would you like to receive your W-2 online? Click here for more information.

Copyright © 2018 Wal-Mart Stores, Inc.



# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.

**Pay Period Beginning Date: 09-30-2017 through Ending Date: 10-13-2017**

LINDA L JONES
1055 MEMORIAL AVE
WILLIAMSPORT, PA 17701

| Deposit Date | Advice # |
|---|---|
| 10-19-2017 | 429489940 |

| Payee | Type | Account # | Amount |
|---|---|---|---|
| PNC BK NA | CHECK DEPOSIT | xxxxxxxxxxxxx2798 | $622.00 |
| | | **Total Amount** | **$622.00** |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Single | Hourly | 1 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $10.3000 | 71.36 | $735.01 | $15,841.84 | FEDERAL TAX | $64.36 | $1,367.29 |
| OVERTIME EARN | | | $0.00 | $12.24 | SOCIAL SECURITY | $62.52 | $1,321.43 |
| DISASTER PAY | | | $0.00 | $82.40 | PENNSYLVANIA | $25.09 | $530.29 |
| OVERTIME/INCT | | | $0.00 | $0.07 | PA LOCAL TAX | $16.35 | $345.47 |
| MYSHARE INCT | | | $0.00 | $391.07 | SUI | $0.57 | $12.07 |
| PTO PAY | $10.3000 | 8.00 | $82.40 | $946.00 | 401K * | $24.52 | $518.21 |
| | | | | | PA LST | $2.00 | $42.00 |
| PTO AVAILABLE | | 54.75 | | | CHECK DEPOSIT | $622.00 | $13,136.86 |
| SICK AVAILABLE | | 12.74 | | | | | |
| WRKDHRS | | 71.36 | | | | | |
| PERS HRS AVAIL | | 0.01 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | Deposit No. | Amt. of Deposit |
|---|---|---|---|---|---|---|---|
| **Current** | **$817.41** | **$168.89** | **$26.52** | **$622.00** | | | |
| **Year to Date** | **$17,273.62** | **$3,576.55** | **$560.21** | **$13,136.86** | | **429489940** | **$622.00** |

Get paid early with the Even app. Click here to download.

Would you like to receive your W-2 online? Click here for more information.

Copyright © 2018 Wal-Mart Stores, Inc.

# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.

**Pay Period Beginning Date: 10-14-2017 through Ending Date: 10-27-2017**

LINDA L JONES
1055 MEMORIAL AVE
WILLIAMSPORT, PA 17701

**Deposit Date** 11-02-2017
**Advice #** 430923809

| Payee | Type | Account # | Amount |
|---|---|---|---|
| PNC BK NA | CHECK DEPOSIT | xxxxxxxxxxxxx2798 | $618.88 |
| | | **Total Amount** | **$618.88** |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Single | Hourly | 1 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $10.3000 | 78.93 | $812.98 | $16,654.82 | FEDERAL TAX | $63.72 | $1,431.01 |
| OVERTIME EARN | | | $0.00 | $12.24 | SOCIAL SECURITY | $62.20 | $1,383.63 |
| DISASTER PAY | | | $0.00 | $82.40 | PENNSYLVANIA | $24.96 | $555.25 |
| OVERTIME/INCT | | | $0.00 | $0.07 | PA LOCAL TAX | $16.26 | $361.73 |
| MYSHARE INCT | | | $0.00 | $391.07 | SUI | $0.57 | $12.64 |
| PTO PAY | | | $0.00 | $946.00 | 401K * | $24.39 | $542.60 |
| | | | | | PA LST | $2.00 | $44.00 |
| PTO AVAILABLE | | 61.43 | | | CHECK DEPOSIT | $618.88 | $13,755.74 |
| SICK AVAILABLE | | 12.74 | | | | | |
| WRKDHRS | | 78.93 | | | | | |
| PERS HRS AVAIL | | 0.01 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | Deposit No. | Amt. of Deposit |
|---|---|---|---|---|---|---|---|
| Current | $812.98 | $167.71 | $26.39 | $618.88 | | | |
| Year to Date | $18,086.60 | $3,744.26 | $586.60 | $13,755.74 | | 430923809 | $618.88 |

Get paid early with the Even app. Click here to download.

Would you like to receive your W-2 online? Click here for more information.

Copyright © 2018 Wal-Mart Stores, Inc.



# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.

**Pay Period Beginning Date: 10-28-2017 through Ending Date: 11-10-2017**

LINDA L JONES
1055 MEMORIAL AVE
WILLIAMSPORT, PA 17701

| Deposit Date | Advice # |
|---|---|
| 11-16-2017 | 432358608 |

| Payee | Type | Account # | Amount |
|---|---|---|---|
| PNC BK NA | CHECK DEPOSIT | xxxxxxxxxxxxx2798 | $624.85 |
| | | **Total Amount** | **$624.85** |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Single | Hourly | 1 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $10.3000 | 79.76 | $821.53 | $17,476.35 | FEDERAL TAX | $64.96 | $1,495.97 |
| OVERTIME EARN | | | $0.00 | $12.24 | SOCIAL SECURITY | $62.84 | $1,446.47 |
| DISASTER PAY | | | $0.00 | $82.40 | PENNSYLVANIA | $25.22 | $580.47 |
| OVERTIME/INCT | | | $0.00 | $0.07 | PA LOCAL TAX | $16.43 | $378.16 |
| MYSHARE INCT | | | $0.00 | $391.07 | SUI | $0.58 | $13.22 |
| PTO PAY | | | $0.00 | $946.00 | 401K * | $24.65 | $567.25 |
| | | | | | PA LST | $2.00 | $46.00 |
| PTO AVAILABLE | | 68.18 | | | CHECK DEPOSIT | $624.85 | $14,380.59 |
| SICK AVAILABLE | | 12.74 | | | | | |
| WRKDHRS | | 79.76 | | | | | |
| PERS HRS AVAIL | | 0.01 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | Deposit No. | Amt. of Deposit |
|---|---|---|---|---|---|---|---|
| Current | $821.53 | $170.03 | $26.65 | $624.85 | | | |
| Year to Date | $18,908.13 | $3,914.29 | $613.25 | $14,380.59 | | 432358608 | $624.85 |

Get paid early with the Even app. Click here to download.

Would you like to receive your W-2 online? Click here for more information.

Copyright © 2018 Wal-Mart Stores, Inc.



# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.

**Pay Period Beginning Date: 11-11-2017 through Ending Date: 11-24-2017**

LINDA L JONES
1055 MEMORIAL AVE
WILLIAMSPORT, PA 17701

| Deposit Date | Advice # |
|---|---|
| 11-30-2017 | 433803239 |

| Payee | Type | Account # | Amount |
|---|---|---|---|
| PNC BK NA | CHECK DEPOSIT | xxxxxxxxxxxxx2798 | $772.99 |
| | | Total Amount | $772.99 |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Single | Hourly | 1 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $10.3000 | 57.85 | $595.86 | $18,072.21 | FEDERAL TAX | $95.90 | $1,591.87 |
| OVERTIME EARN | | | $0.00 | $12.24 | SOCIAL SECURITY | $79.11 | $1,525.58 |
| DISASTER PAY | | | $0.00 | $82.40 | PENNSYLVANIA | $31.75 | $612.22 |
| OVERTIME/INCT | | | $0.12 | $0.19 | PA LOCAL TAX | $20.68 | $398.84 |
| MYSHARE INCT | | | $355.80 | $746.87 | SUI | $0.72 | $13.94 |
| PTO PAY | $10.3000 | 8.00 | $82.40 | $1,028.40 | 401K * | $31.03 | $598.28 |
| | | | | | PA LST | $2.00 | $48.00 |
| PTO AVAILABLE | | 65.75 | | | CHECK DEPOSIT | $772.99 | $15,153.58 |
| SICK AVAILABLE | | 12.74 | | | | | |
| WRKDHRS | | 57.85 | | | | | |
| PERS HRS AVAIL | | 0.01 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | | |
|---|---|---|---|---|---|---|---|
| Current | $1,034.18 | $228.16 | $33.03 | $772.99 | | Deposit No. | Amt. of Deposit |
| Year to Date | $19,942.31 | $4,142.45 | $646.28 | $15,153.58 | | 433803239 | $772.99 |

Get paid early with the Even app. Click here to download.
Would you like to receive your W-2 online? Click here for more information.

Copyright © 2018 Wal-Mart Stores, Inc.



# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.

**Pay Period Beginning Date: 11-25-2017 through Ending Date: 12-08-2017**

LINDA L JONES
1055 MEMORIAL AVE
WILLIAMSPORT, PA 17701

**Deposit Date** 12-14-2017 | **Advice #** 435255789

| Payee | Type | Account # | Amount |
|---|---|---|---|
| PNC BK NA | CHECK DEPOSIT | xxxxxxxxxxxxx2798 | $575.90 |
| | | **Total Amount** | **$575.90** |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Single | Hourly | 1 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $10.3000 | 64.94 | $668.88 | $18,741.09 | FEDERAL TAX | $54.74 | $1,646.61 |
| OVERTIME EARN | | | $0.00 | $12.24 | SOCIAL SECURITY | $57.48 | $1,583.06 |
| DISASTER PAY | | | $0.00 | $82.40 | PENNSYLVANIA | $23.06 | $635.28 |
| OVERTIME/INCT | | | $0.00 | $0.19 | PA LOCAL TAX | $15.03 | $413.87 |
| MYSHARE INCT | | | $0.00 | $746.87 | SUI | $0.53 | $14.47 |
| PTO PAY | $10.3000 | 8.00 | $82.40 | $1,110.80 | 401K * | $22.54 | $620.82 |
| | | | | | PA LST | $2.00 | $50.00 |
| PTO AVAILABLE | | 63.92 | | | CHECK DEPOSIT | $575.90 | $15,729.48 |
| SICK AVAILABLE | | 12.74 | | | | | |
| WRKDHRS | | 64.94 | | | | | |
| PERS HRS AVAIL | | 0.01 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | Deposit No. | Amt. of Deposit |
|---|---|---|---|---|---|---|---|
| Current | $751.28 | $150.84 | $24.54 | $575.90 | | | |
| Year to Date | $20,693.59 | $4,293.29 | $670.82 | $15,729.48 | | 435255789 | $575.90 |

Get paid early with the Even app. Click here to download.

Would you like to receive your W-2 online? Click here for more information.

Copyright © 2018 Wal-Mart Stores, Inc.



# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.

**Pay Period Beginning Date: 12-09-2017 through Ending Date: 12-22-2017**

LINDA L JONES
1055 MEMORIAL AVE
WILLIAMSPORT, PA 17701

| Deposit Date | Advice # |
|---|---|
| 12-28-2017 | 436692487 |

| Payee | Type | Account # | Amount |
|---|---|---|---|
| PNC BK NA | CHECK DEPOSIT | xxxxxxxxxxxxx2798 | $623.78 |
| | | **Total Amount** | **$623.78** |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Single | Hourly | 1 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $10.3000 | 79.61 | $819.98 | $19,561.07 | FEDERAL TAX | $64.73 | $1,711.34 |
| OVERTIME EARN | | | $0.00 | $12.24 | SOCIAL SECURITY | $62.73 | $1,645.79 |
| DISASTER PAY | | | $0.00 | $82.40 | PENNSYLVANIA | $25.17 | $660.45 |
| OVERTIME/INCT | | | $0.00 | $0.19 | PA LOCAL TAX | $16.40 | $430.27 |
| MYSHARE INCT | | | $0.00 | $746.87 | SUI | $0.57 | $15.04 |
| PTO PAY | | | $0.00 | $1,110.80 | 401K * | $24.60 | $645.42 |
| | | | | | PA LST | $2.00 | $52.00 |
| PTO AVAILABLE | | 70.65 | | | CHECK DEPOSIT | $623.78 | $16,353.26 |
| SICK AVAILABLE | | 12.74 | | | | | |
| WRKDHRS | | 79.61 | | | | | |
| PERS HRS AVAIL | | 0.01 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | Deposit No. | Amt. of Deposit |
|---|---|---|---|---|---|---|---|
| Current | $819.98 | $169.60 | $26.60 | $623.78 | | | |
| Year to Date | $21,513.57 | $4,462.89 | $697.42 | $16,353.26 | | 436692487 | $623.78 |

Get paid early with the Even app. Click here to download.

Would you like to receive your W-2 online? Click here for more information.

Copyright © 2018 Wal-Mart Stores, Inc.



# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.

**Pay Period Beginning Date: 12-23-2017 through Ending Date: 01-05-2018**

LINDA L JONES
1055 MEMORIAL AVE
WILLIAMSPORT, PA 17701

| Deposit Date | Advice # |
|---|---|
| 01-11-2018 | 438125845 |

| Payee | Type | Account # | Amount |
|---|---|---|---|
| PNC BK NA | CHECK DEPOSIT | xxxxxxxxxxxxx2798 | $681.70 |
| | | **Total Amount** | **$681.70** |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Single | Hourly | 1 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $10.3000 | 79.68 | $820.70 | $820.70 | FEDERAL TAX | $76.81 | $76.81 |
| OVERTIME EARN | $15.4500 | 0.26 | $4.02 | $4.02 | SOCIAL SECURITY | $69.08 | $69.08 |
| PTO PAY | $10.3000 | 7.60 | $78.28 | $78.28 | PENNSYLVANIA | $27.72 | $27.72 |
| | | | | | PA LOCAL TAX | $18.06 | $18.06 |
| PTO AVAILABLE | | 70.46 | | | SUI | $0.54 | $0.54 |
| SICK AVAILABLE | | 12.74 | | | 401K * | $27.09 | $27.09 |
| WRKDHRS | | 79.94 | | | PA LST | $2.00 | $2.00 |
| PERS HRS AVAIL | | 0.01 | | | CHECK DEPOSIT | $681.70 | $681.70 |

| | Earnings | Taxes | Deductions | Net Pay | | Deposit No. | Amt. of Deposit |
|---|---|---|---|---|---|---|---|
| Current | $903.00 | $192.21 | $29.09 | $681.70 | | | |
| Year to Date | $903.00 | $192.21 | $29.09 | $681.70 | | 438125845 | $681.70 |

Get paid early with the Even app. Click here to download.
Would you like to receive your W-2 online? Click here for more information.

Copyright © 2018 Wal-Mart Stores, Inc.



# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.

**Pay Period Beginning Date: 01-06-2018 through Ending Date: 01-19-2018**

LINDA L JONES
1055 MEMORIAL AVE
WILLIAMSPORT, PA 17701

| Deposit Date | Advice # |
|---|---|
| 01-25-2018 | 439547626 |

| Payee | Type | Account # | Amount |
|---|---|---|---|
| PNC BK NA | SAVINGS ACCT | xxxxxxxxxxxxx3736 | $644.04 |
| | | **Total Amount** | **$644.04** |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Single | Hourly | 1 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $10.3000 | 79.39 | $817.72 | $1,638.42 | FEDERAL TAX | $53.06 | $129.87 |
| OVERTIME EARN | $15.4500 | 0.80 | $12.36 | $16.38 | SOCIAL SECURITY | $63.50 | $132.58 |
| PTO PAY | | | $0.00 | $78.28 | PENNSYLVANIA | $25.48 | $53.20 |
| | | | | | PA LOCAL TAX | $16.60 | $34.66 |
| PTO AVAILABLE | | 77.24 | | | SUI | $0.50 | $1.04 |
| SICK AVAILABLE | | 12.74 | | | 401K * | $24.90 | $51.99 |
| WRKDHRS | | 80.19 | | | PA LST | $2.00 | $4.00 |
| PERS HRS AVAIL | | 0.01 | | | CHECK DEPOSIT | $0.00 | $681.70 |
| | | | | | SAVINGS ACCT | $644.04 | $644.04 |

| | Earnings | Taxes | Deductions | Net Pay | | Deposit No. | Amt. of Deposit |
|---|---|---|---|---|---|---|---|
| Current | $830.08 | $159.14 | $26.90 | $644.04 | | 439547626 | $644.04 |
| Year to Date | $1,733.08 | $351.35 | $55.99 | $1,325.74 | | | |

Get paid early with the Even app. Click here to download.

Would you like to receive your W-2 online? Click here for more information.

Copyright © 2018 Wal-Mart Stores, Inc.



# Statement of Earnings and Deductions.

## Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.

**Pay Period Beginning Date: 01-20-2018 through Ending Date: 02-02-2018**

LINDA L JONES
1055 MEMORIAL AVE
WILLIAMSPORT, PA 17701

| Deposit Date | Advice # |
|---|---|
| 02-08-2018 | 440966491 |

| Payee | Type | Account # | Amount |
|---|---|---|---|
| PNC BK NA | SAVINGS ACCT | xxxxxxxxxxxxx3736 | $677.53 |
| | | **Total Amount** | **$677.53** |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Single | Hourly | 1 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $10.3000 | 80.00 | $824.00 | $2,462.42 | FEDERAL TAX | $58.43 | $188.30 |
| OVERTIME EARN | $15.4500 | 0.68 | $10.51 | $26.89 | SOCIAL SECURITY | $67.03 | $199.61 |
| PTO PAY | | | $0.00 | $78.28 | PENNSYLVANIA | $26.90 | $80.10 |
| PTO PAYOUT | | | $41.72 | $41.72 | PA LOCAL TAX | $17.52 | $52.18 |
| | | | | | SUI | $0.53 | $1.57 |
| PTO AVAILABLE | | 80.01 | | | 401K * | $26.29 | $78.28 |
| SICK AVAILABLE | | 12.74 | | | PA LST | $2.00 | $6.00 |
| WRKDHRS | | 80.68 | | | CHECK DEPOSIT | $0.00 | $681.70 |
| PERS HRS AVAIL | | 0.01 | | | SAVINGS ACCT | $677.53 | $1,321.57 |

| | Earnings | Taxes | Deductions | Net Pay | | | |
|---|---|---|---|---|---|---|---|
| Current | $876.23 | $170.41 | $28.29 | $677.53 | | Deposit No. | Amt. of Deposit |
| Year to Date | $2,609.31 | $521.76 | $84.28 | $2,003.27 | | 440966491 | $677.53 |

Get paid early with the Even app. Click here to download.
Would you like to receive your W-2 online? Click here for more information.

Copyright © 2018 Wal-Mart Stores, Inc.



# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.

**Pay Period Beginning Date: 02-03-2018 through Ending Date: 02-16-2018**

LINDA L JONES
1055 MEMORIAL AVE
WILLIAMSPORT, PA 17701

**Deposit Date** 02-22-2018 **Advice #** 442374625

| Payee | Type | Account # | Amount |
|---|---|---|---|
| PNC BK NA | SAVINGS ACCT | xxxxxxxxxxxxx3736 | $646.42 |
| | | **Total Amount** | **$646.42** |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Single | Hourly | 1 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $10.3000 | 56.91 | $586.17 | $3,048.59 | FEDERAL TAX | $53.44 | $241.74 |
| OVERTIME EARN | | | $0.00 | $26.89 | SOCIAL SECURITY | $63.76 | $263.37 |
| PTO PAY | $10.3000 | 24.00 | $247.20 | $325.48 | PENNSYLVANIA | $25.58 | $105.68 |
| PTO PAYOUT | | | $0.00 | $41.72 | PA LOCAL TAX | $16.67 | $68.85 |
| | | | | | SUI | $0.50 | $2.07 |
| PTO AVAILABLE | | 62.85 | | | 401K * | $25.00 | $103.28 |
| SICK AVAILABLE | | 12.74 | | | PA LST | $2.00 | $8.00 |
| WRKDHRS | | 56.91 | | | CHECK DEPOSIT | $0.00 | $681.70 |
| PERS HRS AVAIL | | 0.01 | | | SAVINGS ACCT | $646.42 | $1,967.99 |

| | Earnings | Taxes | Deductions | Net Pay | | Deposit No. | Amt. of Deposit |
|---|---|---|---|---|---|---|---|
| Current | $833.37 | $159.95 | $27.00 | $646.42 | | | |
| Year to Date | $3,442.68 | $681.71 | $111.28 | $2,649.69 | | 442374625 | $646.42 |

Get paid early with the Even app. Click here to download.
Would you like to receive your W-2 online? Click here for more information.

Copyright © 2018 Wal-Mart Stores, Inc.