```
                            United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                 Case No. 17-03221-JJT
Kevin S. Jones                                                         Chapter 13
Linda L. Jones
         Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0314-4          User: REshelman          Page 1 of 1          Date Rcvd: Aug 14, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4956528        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 14 2018 19:07:10
                 Bayview Loan Servicing,   4425 Ponce De Leon Boulevard 5th Floor,
                 Coral Gables, FL 33146-1837
                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Harry B Reese    on behalf of Creditor    Bayview Loan Servicing, LLC harry.reese@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    DITECH FINANCIAL LLC pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York,
               Et.Al pamb@fedphe.com
              Jill Manuel-Coughlin    on behalf of Creditor    Bayview Loan Servicing, LLC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Mario John Hanyon    on behalf of Creditor    DITECH FINANCIAL LLC pamb@fedphe.com
              Scott A. Williams    on behalf of Debtor 1 Kevin S. Jones scottawilliams@verizon.net
              Scott A. Williams    on behalf of Debtor 2 Linda L. Jones scottawilliams@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 12

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

KEVIN S. JONES
LINDA L. JONES

* Debtors

| | |
|---|---|
| Chapter: | 13 |
| Case Number: | 4-17-bk-03221-JJT |
| Document No.: | 92 |
| Nature of Proceeding: | Application Requesting Redaction of Personal Information |

# ORDER

Upon consideration of the Application Requesting Redaction filed in the above-captioned bankruptcy case by counsel for Bayview Loan Servicing, LLC, (Doc. #92), **IT IS HEREBY**

**ORDERED** that:

1. The Clerk shall restrict access (such as restricting access through public systems) to the Notice of Mortgage Payment Change, and attachment, filed to the Claims Register on August 10, 2018 at Proof of Claim #17.

2. Bayview Loan Servicing, LLC, is directed to file the redacted document on or within fourteen (14) days of the date of this Order.

By the Court,

_____
John J. Thomas, Bankruptcy Judge (CMP)

Date: August 14, 2018

MDPA-ABLANK2.WPT - REV 11/04