| | |
|---|---|
| In re: | Case No. 17-03221-RNO |
| Kevin S. Jones | Chapter 13 |
| Linda L. Jones | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 23, 2020 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5033689 | Metropolitan Life Insurance Company c/o, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd; 4th floor, Coral Gables, FL, 33146-1837 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 25, 2020 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Ann E. Swartz | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Harry B. Reese | on behalf of Creditor Bayview Loan Servicing LLC bankruptcy@powerskirn.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor Metropolitan Life Insurance Company bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Jerome B Blank | on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York Et.Al pamb@fedphe.com |

| | |
|---|---|
| Jerome B Blank | on behalf of Creditor DITECH FINANCIAL LLC pamb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor Bayview Loan Servicing LLC bankruptcy@powerskirn.com |
| Mario John Hanyon | on behalf of Creditor DITECH FINANCIAL LLC pamb@fedphe.com |
| Sarah K. McCaffery | on behalf of Creditor Bayview Loan Servicing LLC bankruptcy@powerskirn.com |
| Scott A. Williams | on behalf of Debtor 1 Kevin S. Jones scottawilliams@verizon.net |
| Scott A. Williams | on behalf of Debtor 2 Linda L. Jones scottawilliams@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 14

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 4:17-bk-03221-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Kevin S. Jones<br>1055 Memorial Avenue<br>Williamsport PA 17701 | Linda L. Jones<br>1055 Memorial Avenue<br>Williamsport PA 17701 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/23/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 17: Metropolitan Life Insurance Company c/o, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd; 4th floor, Coral Gables, FL, 33146-1837 | Metropolitan Life Insurance Company<br>c/o Community Loan Servicing, LLC<br>4425 Ponce De Leon Blvd., 5th Floor<br>Coral Gable, FL 33146<br>Metropolitan Life Insurance Company<br>c/o Community Loan Servicing, LLC |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/25/20

Terrence S. Miller
**CLERK OF THE COURT**