UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

Kevin S Jones and Linda L Jones aka
Linda L Dade Jones

Debtor

Case No.: 17-03221
Adversary No.: _____
Chapter: 13
Judge: Mark J Conway

## CHANGE OF ADDRESS

**Creditor Name:** Santander Bank, N.A.

Old Payment Address:

PO Box 16255
MC: 10-421-CP2
Reading, PA 19612

New Payment Address:

PO Box 847051
Boston, MA 02284-7051

Date: 11/15/2021

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter #13
Kevin S Jones and Linda L Jones aka Linda L Dade Jones        Case No.17-03221
                                                    Honorable Mark J Conway
Debtors
_____/

## CERTIFICATE OF SERVICE

     I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on November 15, 2021, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

     Signed under the penalties of perjury, this 15th day of November 2021.

*Melissa A. Epler*
Melissa A. Epler
Santander Bank, N.A.
Bankruptcy Administrator
450 Penn Street
Reading, PA 19602
(484) 512-3552
Email: DeftBkr@santander.us

VIA US MAIL
Kevin and Linda Jones
1055 Memorial Ave
Williamsport, PA 17701

VIA ECF
Jack N Zaharopoulos
8125 Adams Dr Ste A
Hummelstown, PA 17036

Scott A Williams
scottawilliams@verizon.net