United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-03221-MJC |
| Kevin S. Jones | Chapter 13 |
| Linda L. Jones | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 23, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5367819 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 23 2022 18:37:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC 33146-1837 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Christopher A DeNardo | on behalf of Creditor Metropolitan Life Insurance Company logsecf@logs.com |
| Harry B. Reese | on behalf of Creditor Bayview Loan Servicing LLC bankruptcy@powerskirn.com |
| Jack N Zaharopoulos (Trustee) | |

TWecf@pamd13trustee.com

James Warmbrodt

on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

Janet M. Spears

on behalf of Creditor Metropolitan Life Insurance Company bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com

Jerome B Blank

on behalf of Creditor DITECH FINANCIAL LLC pamb@fedphe.com

Jerome B Blank

on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York Et.Al pamb@fedphe.com

Jill Manuel-Coughlin

on behalf of Creditor COMMUNITY LOAN SERVICING LLC AS SERVICER FOR METROPILITAN LIFE INSURANCE CO. bankruptcy@powerskirn.com

Jill Manuel-Coughlin

on behalf of Creditor Bayview Loan Servicing LLC bankruptcy@powerskirn.com

Mario John Hanyon

on behalf of Creditor DITECH FINANCIAL LLC pamb@fedphe.com mario.hanyon@brockandscott.com

Marisa Myers Cohen

on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com

Scott A. Williams

on behalf of Debtor 1 Kevin S. Jones scottawilliams@verizon.net

Scott A. Williams

on behalf of Debtor 2 Linda L. Jones scottawilliams@verizon.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 15

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 4:17-bk-03221-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Kevin S. Jones<br>1055 Memorial Avenue<br>Williamsport PA 17701 | Linda L. Jones<br>1055 Memorial Avenue<br>Williamsport PA 17701 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/22/2022.

Name and Address of Alleged Transferor(s):

Claim No. 17: Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC

Name and Address of Transferee:

Metropolitan Life
2121 Waukegan Road, Suite 300
Bannockburn, Pennsylvania 60015
Metropolitan Life
2121 Waukegan Road, Suite 300
Bannockburn, Pennsylvania 60015

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/25/22

Terrence S. Miller
**CLERK OF THE COURT**