# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 17-03221 |
| **Kevin S. Jones** | : Chapter 13 |
| **Linda L. Jones AKA Linda L. Dade-Jones** | : Judge Mark J. Conway |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : Related Document # |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Metropolitan Life, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Alyk L. Oflazian
Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

22-036314_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | : | |
|---|---|---|
| | : | Case No.: 17-03221 |
| Kevin S. Jones | : | Chapter 13 |
| Linda L. Jones AKA Linda L. Dade-Jones | : | Judge Mark J. Conway |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | | |
| | : | |
| | : | Related Document # |
| | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos, Chapter 13 Trustee, info@pamd13trustee.com

Scott A. Williams, Attorney for Kevin S. Jones and Linda L. Jones AKA Linda L. Dade-Jones, scottawilliams@verizon.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Kevin S. Jones, 1055 Memorial Avenue, Williamsport, PA 17701

Linda L. Jones AKA Linda L. Dade-Jones, 1055 Memorial Ave, Williamsport, PA 17701

/s/ Alyk L. Oflazian

22-036314_PS