United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                                                            Case No. 17-03221-MJC
Kevin S. Jones                                                                                                                                               Chapter 13
Linda L. Jones
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4                                  User: AutoDocke                                     Page 1 of 5
Date Rcvd: Mar 16, 2023                         Form ID: 3180W                                  Total Noticed: 74

The following symbols are used throughout this certificate:
**Symbol      Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin S. Jones, Linda L. Jones, 1055 Memorial Avenue, Williamsport, PA 17701-4668 |
| 4953375 | + | BB&T, 204 Hepburn Street, Williamsport, PA 17701-6515 |
| 4953373 | + | Bank of America, 9385 N. 56th Street, Tampa, FL 33617-5505 |
| 4953374 | | Bayview Loan Servicing LLC, PO Box 650091, Dallas, TX 75265-0091 |
| 4953382 | | Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 4953383 | | Ditech, PO Box 94710, Palatine, IL 60094-4710 |
| 4991848 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 4953387 | | HSBC Value City, 4500 S. Damen Ave., Chicago, IL 60609-3013 |
| 5491151 | + | Metropolitan Life, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 5491152 | + | Metropolitan Life, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015, Metropolitan Life, 2121 Waukegan Road,Suite 300 Bannockburn,Pennsylvania 60015-1831 |
| 5033689 | | Metropolitan Life Insurance Company c/o, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd; 4th floor, Coral Gables, FL, 33146-1837 |
| 4953400 | | PNC Bank Mortgage Service, PO Box 8703, Dayton, OH 45401-8703 |
| 4953407 | | Service First Federal Credit Union, 1419 Montour Boulevard, Danville, PA 17821-9122 |
| 4953410 | + | Susquehanna Bancshares, PO Box 1847, Wilson , NC 27894-1847 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: DeftBkr@santander.us | Mar 16 2023 18:46:00 | Santander Bank, N.A., 450 Penn Street, PA-450-FB1, Reading, PA 19602-1011 |
| 4960072 | | Email/Text: bankruptcy@bbandt.com | Mar 16 2023 18:46:00 | BB&T, PO Box 1847, Wilson NC 27894 |
| 4953372 | | EDI: BANKAMER.COM | Mar 16 2023 22:46:00 | Bank of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 4956528 | + | EDI: LCIBAYLN | Mar 16 2023 22:46:00 | Bayview Loan Servicing, 4425 Ponce De Leon Boulevard 5th Floor, Coral Gables, FL 33146-1839 |
| 4958204 | | Email/Text: megan.harper@phila.gov | Mar 16 2023 18:46:00 | City of Philadelphia, Department of Revenue, Water Revenue Bureau, PO Box 41496, Philadelphia, PA 19101-1496 |
| 5049955 | + | Email/Text: megan.harper@phila.gov | Mar 16 2023 18:46:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 4953376 | | EDI: CAPITALONE.COM | Mar 16 2023 22:46:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5004000 | | Email/PDF: bncnotices@becket-lee.com | Mar 16 2023 18:53:52 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 4953378 | EDI: CITICORP.COM | Mar 16 2023 22:46:00 | Citicorp Trust Bank, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 4953379 | EDI: WFNNB.COM | Mar 16 2023 22:46:00 | Comenity Bank/Lane Bryant, PO Box 182789, Columbus, OH 43218-2789 |
| 4953380 | EDI: WFNNB.COM | Mar 16 2023 22:46:00 | Comenity Capital Bank/GAME STOP, PO Box 182120, Columbus, OH 43218-2120 |
| 4953381 | Email/PDF: creditonebknotifications@resurgent.com | Mar 16 2023 18:53:40 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 4953384 | + EDI: CITICORP.COM | Mar 16 2023 22:46:00 | DSNB/Macys, PO Box 8218, Mason, OH 45040-8218 |
| 4990039 | EDI: DISCOVER.COM | Mar 16 2023 22:46:00 | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 4953386 | EDI: WFNNB.COM | Mar 16 2023 22:46:00 | Fashion Bug, 1103 Allen Dr., Milford, OH 45150-8763 |
| 4953377 | EDI: JPMORGANCHASE | Mar 16 2023 22:46:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 4953388 | EDI: JPMORGANCHASE | Mar 16 2023 22:46:00 | JP Morgan Chase, PO Box 24696, Columbus, OH 43224-0696 |
| 4953389 | + Email/Text: BKRMailOPS@weltman.com | Mar 16 2023 18:46:00 | Kay Jewelers, 375 Ghent Road, Fairlawn, OH 44333-4600 |
| 4953390 | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 16 2023 18:46:00 | Keybank NA, 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 4953391 | Email/Text: PBNCNotifications@peritusservices.com | Mar 16 2023 18:46:00 | Kohl's Department Store, PO Box 2983, Milwaukee, WI 53201-2983 |
| 5032303 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2023 18:53:42 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4953392 | EDI: LENDNGCLUB | Mar 16 2023 22:46:00 | Lending Club Corp, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 4953393 | EDI: RMSC.COM | Mar 16 2023 22:46:00 | Lowe's Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 4953394 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 16 2023 18:46:00 | Marcus Goldman Sachs, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 5367819 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 16 2023 18:46:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC 33146-1837 |
| 5367818 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 16 2023 18:46:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 4953395 | Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2023 18:46:00 | Midland Credit Management Inc., 2635 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 4953396 | Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2023 18:46:00 | Midland Funding LLC., 2635 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 4953397 | Email/Text: Bankruptcies@nragroup.com | Mar 16 2023 18:46:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 4953399 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 16 2023 18:46:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 4954203 | + EDI: RECOVERYCORP.COM | Mar 16 2023 22:46:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| | | | | |
| --- | --- | --- | --- | --- |
| 4953402 | | Email/Text: bankruptcynotices@psecu.com | Mar 16 2023 18:46:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5032290 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2023 18:53:44 | PYOD, LLC its successors and assigns as assignee, of FNBM, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 4953398 | | Email/Text: bankruptcynotices@psecu.com | Mar 16 2023 18:46:00 | Pennsylvania State Employees Credit Union, PO Box 67013, Harrisburg, PA 17106-7013 |
| 4953401 | | Email/Text: admin@paypps.com | Mar 16 2023 18:46:00 | Professional Placement Services LLC, PO Box 612, Milwaukee, WI 53201-0612 |
| 4999699 | | EDI: Q3G.COM | Mar 16 2023 22:46:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4953411 | | EDI: RMSC.COM | Mar 16 2023 22:46:00 | SYNCB/AMEX, PO Box 965005, Orlando, FL 32896-5005 |
| 4953412 | | EDI: RMSC.COM | Mar 16 2023 22:46:00 | SYNCB/Dick's Sporting Goods, PO Box 956005, Orlando, FL 32896-5005 |
| 4953413 | | EDI: RMSC.COM | Mar 16 2023 22:46:00 | SYNCB/Home Design HVAC, PO Box 965036, Orlando, FL 32896-5036 |
| 4953414 | | EDI: RMSC.COM | Mar 16 2023 22:46:00 | SYNCB/JC Penney's, PO Box 960090, Orlando, FL 32896-0090 |
| 4953415 | | EDI: RMSC.COM | Mar 16 2023 22:46:00 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 4953416 | | EDI: RMSC.COM | Mar 16 2023 22:46:00 | SYNCB/QVC, PO Box 965005, Orlando, FL 32896-5005 |
| 4953417 | | EDI: RMSC.COM | Mar 16 2023 22:46:00 | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 4953418 | | EDI: RMSC.COM | Mar 16 2023 22:46:00 | SYNCB/TJX CO. PLCC, PO Box 905015, Orlando, FL 32896-5005 |
| 4953419 | | EDI: RMSC.COM | Mar 16 2023 22:46:00 | SYNCB/WALMART, PO Box 965024, Orlando, FL 32896-5024 |
| 4953403 | | EDI: RMSC.COM | Mar 16 2023 22:46:00 | Sam's Club/GECRB, PO Box 530942, Atlanta, GA 30353-0942 |
| 4953404 | | Email/Text: DeftBkr@santander.us | Mar 16 2023 18:46:00 | Santander Bank, 450 Penn Street, Reading, PA 19602-1011 |
| 5000116 | + | Email/Text: DeftBkr@santander.us | Mar 16 2023 18:46:00 | Santander Bank, N.A., 601 Penn St., MC: 10-6438-FB7, Reading, PA 19601-3563 |
| 4953405 | | EDI: CITICORP.COM | Mar 16 2023 22:46:00 | Sears Charge Plus, PO Box 6275, Sioux Falls, SD 57117-6275 |
| 4953406 | | EDI: CITICORP.COM | Mar 16 2023 22:46:00 | Sears Mastercard, PO Box 6275, Sioux Falls, SD 57117-6275 |
| 4953408 | | EDI: WFNNB.COM | Mar 16 2023 22:46:00 | Spirit of America National Bank, 1103 Allen Drive, Milford, OH 45150-8763 |
| 4953409 | | EDI: CITICORP.COM | Mar 16 2023 22:46:00 | Sunoco Citibank CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 4998877 | | EDI: BANKAMER.COM | Mar 16 2023 22:46:00 | THE BANK OF NEW YORK MELLON FKA THE BANK***, Bank of America, PO BOX 31785, Tampa, FL 33631-3785 |
| 4953420 | ^ | MEBN | Mar 16 2023 18:43:45 | Trident Asset Management, PO Box 888424, Alpharaetta, GA 30356-0424 |
| 5031005 | | EDI: USBANKARS.COM | Mar 16 2023 22:46:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | MO 63166-0108 |
| 4953385 | | EDI: USBANKARS.COM | Mar 16 2023 22:46:00 | Elan, PO Box 790408, Saint Louis, MO 63179-0408 |
| 5005162 | | EDI: AIS.COM | Mar 16 2023 22:46:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4953421 | | EDI: BLUESTEM | Mar 16 2023 22:46:00 | WEBBANK/FINGERHUT, 6250 Ridgewood Road, Saint Club, MN 56303-0820 |
| 5033687 | + | EDI: WFFC2 | Mar 16 2023 22:46:00 | Wells Fargo Bank, NA, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 4953422 | | EDI: WFFC2 | Mar 16 2023 22:46:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 18, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alyk L Oflazian | on behalf of Creditor Metropolitan Life amps@manleydeas.com |
| Christopher A DeNardo | on behalf of Creditor Metropolitan Life Insurance Company logsecf@logs.com cistewart@logs.com |
| Harry B. Reese | on behalf of Creditor Bayview Loan Servicing LLC bankruptcy@powerskirn.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor Metropolitan Life Insurance Company bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |

Jerome B Blank
    on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York Et.Al pamb@fedphe.com

Jerome B Blank
    on behalf of Creditor DITECH FINANCIAL LLC pamb@fedphe.com

Jill Manuel-Coughlin
    on behalf of Creditor Bayview Loan Servicing LLC bankruptcy@powerskirn.com

Jill Manuel-Coughlin
    on behalf of Creditor COMMUNITY LOAN SERVICING LLC AS SERVICER FOR METROPILITAN LIFE INSURANCE CO. bankruptcy@powerskirn.com

Mario John Hanyon
    on behalf of Creditor DITECH FINANCIAL LLC pamb@fedphe.com mario.hanyon@brockandscott.com

Marisa Myers Cohen
    on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com

Scott A. Williams
    on behalf of Debtor 1 Kevin S. Jones scottawilliams@verizon.net

Scott A. Williams
    on behalf of Debtor 2 Linda L. Jones scottawilliams@verizon.net

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 16

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Kevin S. Jones<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–3601<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Linda L. Jones<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–7467<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:17-bk-03221-MJC | |

# Order of Discharge 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kevin S. Jones

Linda L. Jones
aka Linda L. Dade-Jones

**By the court:**

3/16/23

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**