SCOTT A. WILLIAMS

JOHN A. SMAY

# SCOTT A. WILLIAMS
ATTORNEY AT LAW
57 E. FOURTH STREET
P.O. BOX 3
WILLIAMSPORT, PENNSYLVANIA 17703-0003

AREA CODE (570) 323-8568
FAX: AREA CODE (570) 323-1155
E-MAIL: scott@williamsandsmay.com
www.scottalvinwilliams.com

CHARLES SCOTT WILLIAMS
(1906 – 1966)

March 23 2023

U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

  Re: Kevin and Linda Jones
    Bankruptcy NO. 4-17-03221

Dear Sir or Madam:

  Please change the addresses of the following creditor:

1. Service First Federal Credit Union, 1419 Montour Boulevard, Danville, PA 17821 to 1985 Montour Boulevard, PO Box 159, Danville, PA 17821.

I have mailed the Order of Discharge to them at new address.

Thank you.

        Sincerely,

        *Scott A. Williams*

        Scott A. Williams

SAW/vaf
cc client