United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-03221-MJC |
| Kevin S. Jones | Chapter 13 |
| Linda L. Jones | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-4  User: AutoDocke  Page 1 of 2
Date Rcvd: Jun 27, 2023  Form ID: fnldec  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

Recip ID  Recipient Name and Address
db/jdb  + Kevin S. Jones, Linda L. Jones, 1055 Memorial Avenue, Williamsport, PA 17701-4668

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alyk L Oflazian | on behalf of Creditor Metropolitan Life amps@manleydeas.com |
| Christopher A DeNardo | on behalf of Creditor Metropolitan Life Insurance Company logsecf@logs.com cistewart@logs.com |
| Harry B. Reese | on behalf of Creditor Bayview Loan Servicing LLC bankruptcy@powerskirn.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |

| | |
|---|---|
| Janet M. Spears | on behalf of Creditor Metropolitan Life Insurance Company bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Jerome B Blank | on behalf of Creditor DITECH FINANCIAL LLC pamb@fedphe.com |
| Jerome B Blank | on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York Et.Al pamb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor Bayview Loan Servicing LLC bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor COMMUNITY LOAN SERVICING LLC AS SERVICER FOR METROPILITAN LIFE INSURANCE CO. bankruptcy@powerskirn.com |
| Mario John Hanyon | on behalf of Creditor DITECH FINANCIAL LLC pamb@fedphe.com mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com |
| Scott A. Williams | on behalf of Debtor 2 Linda L. Jones scottawilliams@verizon.net |
| Scott A. Williams | on behalf of Debtor 1 Kevin S. Jones scottawilliams@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 16

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Kevin S. Jones, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 4:17−bk−03221−MJC |
| Linda L. Jones, | |
| aka Linda L. Dade−Jones, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−3601    xxx−xx−7467

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: June 27, 2023

**fnldec** (01/22)